**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number *(if known)*: _____ Chapter __7__

☑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Barton Creek Auto Credit, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **fka Strategic Finance, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3902259** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **21701 Interstate 35**<br>Number  Street | **1325 W. Walnut Street**<br>Number  Street |
| **Kyle** **TX** **78640**<br>City State Zip Code | **Rogers** **AR** **72756-3315**<br>City State Zip Code |
| | Location of principal assets, if different from principal place of business |
| **HAYS**<br>County | Number  Street |
| | City State Zip Code |

5. **Debtor's website (URL)** _____

Debtor    **Barton Creek Auto Credit, LLC**                                    Case number *(if known)*  _____
          Name

**6.**   **Type of debtor**                        ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

                                                    ☐ Partnership (excluding LLP)

                                                    ☐ Other. Specify: _____

**7.**   **Describe debtor's business:**           A. *Check one:*

                                                    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

                                                    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

                                                    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

                                                    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

                                                    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

                                                    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

                                                    ■ None of the above

                                                    B. Check all that apply:

                                                    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

                                                    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

                                                    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

                                                    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

                                                    **5222**

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                         MM/DD/YYYY

        District _____ When _____ Case number _____
                                           MM/DD/YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                           MM/DD/YYYY

        Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

Copyright © Financial Software Solutions, LLC                                                         BlueStylus

Debtor      **Barton Creek Auto Credit, LLC**                                    Case number *(if known)*
_____
            Name

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**        _____

                                  Number            Street

                                  _____

                                  City              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency    _____

        Contact name        _____

        Phone               _____

---

### ▮ Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
☑ 200-999

---

**15.** **Estimated assets**

☑ $0-$50,000            ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
| | Name | | |

**16.** **Estimated liabilities**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/14/2023__
MM / DD / YYYY

X __/s/ Kelly Stump__
Signature of authorized representative of debtor

__Kelly Stump__
Printed name

Title __Manager__

**18.** **Signature of attorney**

X __/s/ Todd Headden__
Signature of attorney for debtor

Date _____
MM / DD / YYYY

__Todd Headden__
Printed name

__Hayward PLLC__
Firm name

__7600 Burnet Road, Suite 530__
Number          Street

__Austin__
City

__TX__
State

__78757__
ZIP Code

__(737) 881-7100__
Contact Phone

__theadden@haywardfirm.com__
Email address

__24096285__
Bar number

__Texas__
State

Copyright © Financial Software Solutions, LLC       BlueStylus

**Fill in this information to identify the case and this filing:**

Debtor Name  __**Barton Creek Auto Credit, LLC**__

United States Bankruptcy Court for the:  __**Western District of Texas**__

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

- ■ *Schedule H: Codebtors* (Official Form 206H)

- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ *Amended Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**4/14/2023**__          ✗ __/s/ Kelly Stump__
MM/DD/YYYY                               Signature of individual signing on behalf of debtor

                                        __**Kelly Stump**__
                                        Printed name

                                        __**Manager**__
                                        Position or relationship to debtor

Copyright © Financial Software Solutions, LLC                                                                          BlueStylus

**Fill in this information to identify your case:**

Debtor Name    __Barton Creek Auto Credit, LLC__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*If known*): _____

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Your Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...........................................................................

   $ _____ 1,039.07

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................................................

   $ _____ 1,039.07

---

**Part 2:    Summarize Your Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D...........................................

   $ _____ 470.61

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................

   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................

   + $ _____ 94,217.25

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 94,687.86

---

**Fill in this information to identify your case:**

Debtor Name      __Barton Creek Auto Credit, LLC__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*if known*): _____

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                                     $ _____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
|---|---|---|---|---|---|
| 3.1 | **Vantage Bank** | **Checking Account** | **1602** | $ | 217.28 |
| 3.2 | **Vantage Bank** | **Checking Account** | **3507** | $ | 772.43 |
| 3.3 | **Wells Fargo Bank, N.A.** | **Checking Account** | **4511** | $ | 49.36 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ _____ 1,039.07

Copyright © Financial Software Solutions, LLC                                              BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ■ No. Go to Part 3.
   - ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

   $_____ 0.00

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**
    - ■ No. Go to Part 4.
    - ☑ Yes. Fill in the information below.

    Current value of debtor's interest

11. **Accounts receivable**

    **11a. 90 days old or less:** _____0.00 – _____0.00 = $_____0.00
    face amount      doubtful or uncollectible accounts

    **11b. Over 90 days old:** _____0.00 – _____0.00 = $_____0.00
    face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $_____ 0.00

---

## Part 4:  Investments

13. **Does the debtor own any investments?**
    - ■ No. Go to Part 5.
    - ☑ Yes. Fill in the information below.

    Valuation method used for current value       Current value of debtor's interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

---

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**
_____    Case number *(if known)* _____
Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____ 0.00

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ■ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
    - ■ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ■ No
    - ☐ Yes.

    Book value  $_____ 0.00  Valuation method _____  Current Value  $_____ 0.00

26  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

---

Copyright © Financial Software Solutions, LLC

Debtor       **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
                Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
■ No. Go to Part 7.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

_____  $ _____ 0.00  _____  $ _____ 0.00

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____  $ _____ 0.00  _____  $ _____ 0.00

30. **Farm machinery and equipment (Other than titled motor vehicles)**

_____  $ _____ 0.00  _____  $ _____ 0.00

31. **Farm and fishing supplies, chemicals, and feed**

_____  $ _____ 0.00  _____  $ _____ 0.00

32. **Other farming and fishing-related property not already listed in Part 6**

_____  $ _____ 0.00  _____  $ _____ 0.00

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☑ Yes. Is any of the debtor's property stored at the cooperative?
  ■ No
  ☑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☑ Yes
  Book value  $ _____ 0.00  Valuation method _____  Current Value  $ _____ 0.00

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☑ Yes

---

Official Form 206A/B                     **Schedule A/B: Property — Real and Personal Property**                     page 4 of 9
Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| | $ 0.00 | | $ 0.00 |
| **40. Office fixtures** | | | |
| | $ 0.00 | | $ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 6 desk top computers- non functioning | $ 0.00 | Owner's Estimate | $ 0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | $ 0.00 | | $ 0.00 |

**43. Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86.

| | $ 0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45 Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | $ 0.00 | | $ 0.00 |

Copyright © Financial Software Solutions, LLC

Debtor    **Barton Creek Auto Credit, LLC**     Case number *(if known)* _____
       Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

_____ $_____ **0.00**   _____ $_____ **0.00**

49. **Aircraft and accessories**

_____ $_____ **0.00**   _____ $_____ **0.00**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____ $_____ **0.00**   _____ $_____ **0.00**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.      $_____ **0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☑ Yes

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**
- ■ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      $_____ **0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☑ Yes

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)* _____

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | $ 0.00 | _____ | $ 0.00 |
| **61. Internet domain names and websites** | | | |
| **https://www.bartoncreekautocredit.com/** | $ 0.00 | **Owner's Estimate** | $ Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| _____ | $ 0.00 | _____ | $ 0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **Customer's (Borrower's) list** | $ 0.00 | **Owner's Estimate** | $ 0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| _____ | $ 0.00 | _____ | $ 0.00 |
| **65. Goodwill** | | | |
| _____ | $ 0.00 | _____ | $ 0.00 |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☑ Yes

Copyright © Financial Software Solutions, LLC                                                                                   BlueStylus

Debtor     **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
           Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

**Auto Loan Notes** _____   **202,916.20** – _____ **202,916.20** =   $ _____ **0.00**
                         Total face amount          doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax Year _____   $ _____ **0.00**

73. **Interests in insurance policies or annuities**

_____   $ _____ **0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $ _____ **0.00**

**Nature of claim** _____

**Amount requested**   $ _____ **0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____ **0.00**

**Nature of claim** _____

**Amount requested**   $ _____ **0.00**

76. **Trusts, equitable or future interests in property**

_____   $ _____ **0.00**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $ _____ **0.00**

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ _____ **0.00**

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

Debtor     **Barton Creek Auto Credit, LLC**_____     Case number *(if known)* _____
              Name

---

**Part 12:**   **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.*     $ **1,039.07**

81. **Deposits and prepayments.** *Copy line 9, Part 2.*     $ **0.00**

82. **Accounts receivable.** *Copy line 12, Part 3.*     $ **0.00**

83. **Investments.** *Copy line 17, Part 4.*     $ **0.00**

84 **Inventory.** *Copy line 23, Part 5.*     $ **0.00**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*     $ **0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.*     $ **0.00**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*     $ **0.00**

88. **Real property.** *Copy line 56, Part 9.* .................................................➔     $ **0.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*     $ **0.00**

90. **All other assets.** *Copy line 78, Part 11.*     **+**     $ **0.00**

91. **Total.** Add lines 80 through 90 for each column...................... 91a.     $ **1,039.07**     **+** 91b.  $ **0.00**

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................     $ **1,039.07**

---

Copyright © Financial Software Solutions, LLC     BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **Barton Creek Auto Credit, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*if known*): _____

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by your property?**
   - ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Creditor's Name** | | |

**Sharp Business Systems**

$ 470.61    $ 200.00

**Creditor's mailing address**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

**Creditor's email address, if known**
_____

**Date debt was incurred    2014**

**Last 4 digits of account number    6252**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority. _____
  - ☑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Description**
copier lease

**Is the creditor an insider or related party?**
- ☑ No
- ☑ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**    $ 470.61

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
        Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed in Part 1 |
|---------|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Davidson Document Solutions, Inc.**<br>**2600 Longhorn Blvd. #102**<br>**Austin, TX 78758** | Line 2. **1** | **6252** |

**Fill in this information to identify your case:**

Debtor     **Barton Creek Auto Credit, LLC**

United States Bankruptcy Court for the:  **Western District of Texas**

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | Total Claim | Priority Amount |
|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $     **Unknown** |
|---|---|---|---|

**Adam Barber**

**904 Quail Creek Drive**

**Independence, MO 64055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1493865

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor __**Barton Creek Auto Credit, LLC**__     Case number *(if known)* _____
Name

---

**3.2** | **Nonpriority creditor's name and mailing address**

__**Adam Lee Nguyen**__

__**8001 Tantara Ct**__

__**Austin, TX 78729**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 110.38

**Date or dates debt was incurred**
__**03/07/2019**__

**Basis for the claim:**
__**Outstanding Check**__

**Description**

**Cancellation of DCA refund due**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**

__**Adam Reed**__

__**14068 Mountain Taber Road**__

__**Odessa, MO 64076**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2150209

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**

__**Adonaria Robinson**__

__**18508 E 3rd St Ct N**__

__**Independence, MO 64056**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan Number: 10026

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
          Name

---

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **Unknown** |

**Adriana Saldona**

**3244 Morrell Ave**

**Kansas City, MO 64123**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Description **Loan No. 1503226** |

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **Unknown** |

**Allyson Maxwell**

**1304 SE Rosehill Dr**

**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Description **Loan No. 1688115** |

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **165.91** |

**Alyssa Soto**

**11707 Vance Jackson Rd**

**San Antonio, TX 78229**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred **02/22/2018** | Basis for the claim: **Outstanding Check** | Description **Cancellation of DCA refund due** |

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.8** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**

**Amia Norton**

☒ Contingent
☒ Unliquidated
☒ Disputed

**8822 Highland Ave**

**Kansas City, MO 64132**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan Number: 10193

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☒ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**

**Andrew Carrillo**

☒ Contingent
☒ Unliquidated
☒ Disputed

**8720 PFlumm Court, Apt 202**

**Lenexa, KS 66215**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2090198

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☒ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**

**Angelisha Hudson**

☒ Contingent
☒ Unliquidated
☒ Disputed

**12910 E 40 Highway**

**Independence, MO 64055**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan Number: 10314

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☒ Yes

---

Debtor  **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
         Name

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Anthony Braxton**

**14316 E Kentucky**

**Independence, MO 64055**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1963362

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Anthony Dismuke**

**208 N Willow**

**Independence, MO 64054**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1908685

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Anthony Wise**

**9930 Harrison St**

**Kansas City, MO 64131**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan Number: 10006

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

Debtor **Barton Creek Auto Credit, LLC**                          Case number *(if known)* _____
Name

---

| 3.14 | **Nonpriority creditor's name and mailing address** |
|---|---|

**April Graves**

**301 West 132st**

**Kansas City, MO 64145**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Description

Loan No. 1670440

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☒ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** |
|---|---|

**April Sanders**

**2109 Swisher Dr**

**Clinton, MO 64735**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Description

Loan Number: 1166374

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☒ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Aquisha Frazier**

**311 NE 94th Street, Apt 260**

**Kansas City, MO 64155**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Description

Loan No. 2081379

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☒ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
          Name

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Arthur Maples**                                                     $_____ **Unknown**

**11804 Summit Camp Road**          ☒ Contingent
                                    ☒ Unliquidated
**Lexington, MO 64067**             ☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**
                                             **Potential Class Member in**      Loan No. 1797886
_____              **Barton Creek Auto Credit, LLC v.**
                                             **Jessie Bradley**

**Last 4 digits of account number** _____   **Is the claim subject to offset?**
                                             ■ No
                                             ☒ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Ashley Lyles**                                                     $_____ **Unknown**

**5924 Cypress Pl**                 ☒ Contingent
                                    ☒ Unliquidated
**Kansas City, MO 64130**           ☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**
                                             **Potential Class Member in**      Loan No. 2065373
_____              **Barton Creek Auto Credit, LLC v.**
                                             **Jessie Bradley**

**Last 4 digits of account number** _____   **Is the claim subject to offset?**
                                             ■ No
                                             ☒ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Ashley Williams**                                                  $_____ **Unknown**

**7247 NE 47 Terr**                 ☒ Contingent
                                    ☒ Unliquidated
**Kansas City, MO 64117**           ☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**
                                             **Potential Class Member in**      Loan Number: 10050
_____              **Barton Creek Auto Credit, LLC v.**
                                             **Jessie Bradley**

**Last 4 digits of account number** _____   **Is the claim subject to offset?**
                                             ■ No
                                             ☒ Yes

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.20** | **Nonpriority creditor's name and mailing address**

**Aundrenecca Walker**

**9908 Locust St**

**Kansas City, MO 64131**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                    **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**
Loan No. 1703897

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☒ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

**Austin Brown**

**1101 Harlington Place, Apt 5**

**Blue Springs, MO 64015**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                    **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**
Loan No. 1909181

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☒ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**

**Ayisha Pena**

**3919 Perrin Central Blvd., Apt. 1214**

**San Antonio, TX 78217**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$                    **230.00**

**Date or dates debt was incurred**
**04/25/2018**

**Basis for the claim:**
**Outstanding Check**

**Description**
Cancellation of DCA refund due

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☒ Yes

---

Debtor     **Barton Creek Auto Credit, LLC**            Case number *(if known)* _____
        Name

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $           **Unknown** |

**Blythe Harper**

**16616 E 3rd Terr N**

**Independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Description
Loan No. 1767025

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $           **Unknown** |

**Brandon Hood**

**8004 E 130th St**

**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Description
Loan No. 1693818

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $           **Unknown** |

**Brandon Lindsey**

**721 N Liberty St**

**Independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Description
Loan No. 1858478

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                 BlueStylus

Debtor  __**Barton Creek Auto Credit, LLC**__  Case number *(if known)* _____
Name

---

**3.26** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**

__**Brandy Terry**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**912 Benton Blvd**__

__**Kansas City, MO 64127**__

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1775477

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**

__**Brenda Hastings**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**5320 Appleton Ave**__

__**Kansas City, MO 64133**__

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1614292

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**

__**Brenda Minter**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**3516 Spruce St**__

__**Kansas City, MO 64109**__

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1601170

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC  BlueStylus

Debtor     __**Barton Creek Auto Credit, LLC**__          Case number *(if known)* _____
                 Name

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | $_____ **Unknown** |

*Check all that apply.*

__**Brian Claypool**__

☒ Contingent

__**4495 SE 69 Hiway**__

☒ Unliquidated

__**Lathrop, MO 64465**__

☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1858340

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No

☒ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | $_____ **Unknown** |

*Check all that apply.*

__**Brieta Tipton**__

☒ Contingent

__**3732 NE Ellison Dr**__

☒ Unliquidated

__**Lees Summit, MO 64064**__

☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1695875

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No

☒ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | $_____ **Unknown** |

*Check all that apply.*

__**Brittany Maldonado**__

☒ Contingent

__**628 Myrtle**__

☒ Unliquidated

__**Kansas City, MO 64124**__

☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2197998

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No

☒ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.32** | **Nonpriority creditor's name and mailing address**

**Brooke Jacks**

**1801 SE Timbercreek Ct**

**Blue Springs, MO 64014**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☑ Yes

**Description**

Loan No. 1779888

---

**3.33** | **Nonpriority creditor's name and mailing address**

**Cameron Gilstrap**

**322 Dundee Rd**

**Smithville, MO 64089**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☑ Yes

**Description**

Loan No. 2113094

---

**3.34** | **Nonpriority creditor's name and mailing address**

**Cameron Ray**

**11210 Puttman St**

**Independence, MO 64054**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☑ Yes

**Description**

Loan No. 2194332

---

Copyright © Financial Software Solutions, LLC

Debtor __**Barton Creek Auto Credit, LLC**__        Case number *(if known)* _____

Name

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

*Check all that apply.*

$_____ **Unknown**

__**Carl Johnson**__

☒ Contingent

__**2516 Troost, Apt 102**__

☒ Unliquidated

__**Kansas City, MO 64108**__

☒ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**      Description

**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Loan No. 2012925

_____

**Last 4 digits of account number** _____ **Is the claim subject to offset?**

■ No
☒ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

*Check all that apply.*

$_____ **Unknown**

__**Carly Walton**__

☒ Contingent

__**532 Stone Arch Dr**__

☒ Unliquidated

__**Independence, MO 64052**__

☒ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**      Description

**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Loan No. 2060261

_____

**Last 4 digits of account number** _____ **Is the claim subject to offset?**

■ No
☒ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

*Check all that apply.*

$_____ **Unknown**

__**Catherine Smith**__

☒ Contingent

__**3609 Blue Ridge, Apt 2**__

☒ Unliquidated

__**Grandview, MO 64030**__

☒ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**      Description

**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Loan no. 1943883

_____

**Last 4 digits of account number** _____ **Is the claim subject to offset?**

■ No
☒ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**                               Case number *(if known)*
Name

---

**3.38** | **Nonpriority creditor's name and mailing address**

**Cedric Williams**

**1620 Spruce**

**Kansas City, MO 64127**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**
Loan Number: 10049

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

**Celinda Rogers**

**2080 SE Red Lane**

**Lathrop, MO 64465**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**
Loan No. 2106377

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

**Chandra Schwartz**

**203 East Porter**

**Kirksville, MO 63501**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**
Loan No. 2072015

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor  __**Barton Creek Auto Credit, LLC**__  Case number *(if known)* _____
Name

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | $_____ **Unknown** |
|---|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

__**Chanille Madden**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**10008 E 60th Terrace**__

__**Kansas City, MO 64133**__

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1751563

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | $_____ **Unknown** |
|---|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

__**Charlie Futrell**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**600 E Ash**__

__**Raymore, MO 64083**__

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2017441

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | $_____ **Unknown** |
|---|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

__**Charmus Bell**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**8822 Flora Ave**__

__**Kansas City, MO 64131**__

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2191764

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                                        Case number *(if known)* _____
        Name

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | **79,881.76** |

**Chase**

**P.O Box 15298**

**Wilmington, DE 19850**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**unpaid invoices**

**Description**

business credit card

**Last 4 digits of account number**   **6407**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | **115.85** |

**Christina R. Enrique**

**4039 Coral Sunrise**

**San Antonio, TX 78244**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
**02/28/2018**

**Basis for the claim:**
**Outstanding Check**

**Description**

Cancellation of DCA refund due

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | **Unknown** |

**Christopher Jones**

**12518 E 40th St S, Apt B**

**Independence, MO 64055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1526109

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor  **Barton Creek Auto Credit, LLC**
       _____   Case number *(if known)* _____
       Name

---

**3.47** | **Nonpriority creditor's name and mailing address**

**Christopher Morgan**

**1011 Newton**

**Kansas City, MO 64127**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☑ Yes

**Description**

Loan No. 1975286

---

**3.48** | **Nonpriority creditor's name and mailing address**

**Christopher Senger**

**9127 Westbrooke Dr**

**Shawnee Mission, KS 66214**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____ **31.75**

**Date or dates debt was incurred**
**06/15/2020**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Outstanding Check**

**Is the claim subject to offset?**

■ No
☑ Yes

**Description**

Late Fee Adjustment

---

**3.49** | **Nonpriority creditor's name and mailing address**

**Cierra Chrisman**

**6704 E 129th**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☑ Yes

**Description**

Loan No. 1704638

---

Copyright © Financial Software Solutions, LLC

Debtor   **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
                 Name

---

**3.50** | **Nonpriority creditor's name and mailing address**

**Clarissa Pickens**

**11245 Calcio Dr**

**Kansas City, MO 64137**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan Number: 10095

---

**3.51** | **Nonpriority creditor's name and mailing address**

**Corbyn Schuler**

**108 Duck Rd**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2104472

---

**3.52** | **Nonpriority creditor's name and mailing address**

**Cory Phelps**

**1457 Haskell Rd**

**Williamsburg, KS 66095**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **172.42**

**Date or dates debt was incurred**

**12/01/2021**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Outstanding Check**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Account Adjustment

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Creditor's Captive Formation Corp.**

**P.O. Box 360**

**Ketchum, OK 74349**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,261.81**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Force placed insurance carrier.**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Cresencio Medina**

**9118 George Kyle Street**

**San Antonio, TX 78240**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **214.71**

**Date or dates debt was incurred**

**01/26/2018**

**Basis for the claim:**

**Outstanding Check**

**Description**

**Cancellation of DCA refund due**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Cynthia Campbell**

**5821 NW Creekview Dr**

**Kansas City, MO 64152**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

**Loan Number: 1467072**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**                  Case number *(if known)* _____
<br>       Name

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damonique Wesson**

**8660 Alden**

**Lenexa, KS 66215**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**
- ☑ No
- ☒ Yes

**Description**

Loan No. 2024893

---

**3.57**   **Nonpriority creditor's name and mailing address**

**Daniel Clark**

**2725 S Wall**

**Joplin, MO 64808**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**
- ☑ No
- ☒ Yes

**Description**

Loan Number: 10089

---

**3.58**   **Nonpriority creditor's name and mailing address**

**Daniel Weiser**

**875 Washington St**

**Weston, MO 64098**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**
- ☑ No
- ☒ Yes

**Description**

Loan No. 1887498

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.59** **Nonpriority creditor's name and mailing address**

**Darian Holmes**

**3647 NE Beechwood Dr**

**Lees Summit, MO 64064**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☒ Yes

**Description**

Loan Number: 10011

---

**3.60** **Nonpriority creditor's name and mailing address**

**David Gates**

**1350 S Kings Hiway**

**Independence, MO 64055**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☒ Yes

**Description**

Loan No. 2105057

---

**3.61** **Nonpriority creditor's name and mailing address**

**Dealer Socket, Inc.**

**1500 Solana Blvd.
Building C, Suite 6300**

**Westlake, TX 76262**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ _____ **3,249.30**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☒ Yes

**Description**

Software Company

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.62** | **Nonpriority creditor's name and mailing address**

**Deandre Washington**

**1303 SE 6th**

**Lees Summit, MO 64063**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

$ _____ **Unknown**

Description

Loan No. 1740529

---

**3.63** | **Nonpriority creditor's name and mailing address**

**Deidranience Lee**

**4139 NE Wheeling**

**Kansas City, MO 64117**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

$ _____ **Unknown**

Description

Loan No. 1649389

---

**3.64** | **Nonpriority creditor's name and mailing address**

**Delana Nicholson**

**411 A NE Westwind Dr**

**Lees Summit, MO 64086**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

$ _____ **Unknown**

Description

Loan No. 1815822

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor     __Barton Creek Auto Credit, LLC__                          Case number *(if known)* _____
Name

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

__Demar Young__

__200 Wilshire__

__Liberty, MO 64068__

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2140357

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☑ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

__Derek French__

__11623 Richmon Ave__

__Kansas City, MO 64134__

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1938709

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☑ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

__Derek Hershman__

__2004 SW Sandstone Ct__

__Blue Springs, MO 64014__

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1598563

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☑ Yes

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                                    Case number *(if known)*
Name

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Donna Soverns**

**9118 Askew Avenue**

**Kansas City, MO 64132**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1551301

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Ebony Banks**

**11028 Greenwood Road**

**Kansas City, MO 64134**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1820269

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Ebony Williams**

**808 E Hayward Ave**

**Independence, MO 64055**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2006564

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

Debtor  __**Barton Creek Auto Credit, LLC**__  Case number *(if known)* _____
        Name

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

Check all that apply.  $ _____ **Unknown**

__**Edcinda Heard**__

☐ Contingent
__**2207 Larkspur**__

☐ Unliquidated
__**Excelsior Springs, MO 64024**__

☐ Disputed

**Date or dates debt was incurred**  **Basis for the claim:**  **Description**

**Potential Class Member in Barton**  Loan No. 2139123
**Creek Auto Credit, LLC v. Jessie**
_____  **Bradley**

**Last 4 digits of account number** _____  **Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

Check all that apply.  $ _____ **22.92**

__**Edison Linare**__

☐ Contingent
__**1430 Frontier Valley #4**__

☐ Unliquidated
__**Austin, TX 78741**__

☐ Disputed

**Date or dates debt was incurred**  **Basis for the claim:**  **Description**
__**06/06/2019**__  **Outstanding Check**  **Cancellation of DCA**
                                                     **refund due**

**Last 4 digits of account number** _____  **Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

Check all that apply.  $ _____ **Unknown**

__**Edith Lara**__

☐ Contingent
__**118 N Hardesty**__

☐ Unliquidated
__**Kansas City, MO 64123**__

☐ Disputed

**Date or dates debt was incurred**  **Basis for the claim:**  **Description**

**Potential  Class  Member  in**  Loan No. 1969038
**Barton Creek Auto Credit, LLC v.**
_____  **Jessie Bradley**

**Last 4 digits of account number** _____  **Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                                   Case number *(if known)* _____
Name

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $_____ **Unknown** |

**Edward Bozeman**

**18901 East Susquehanna Ridge**

**Independence, MO 64056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Description

Loan No. 1521092

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $_____ **Unknown** |

**Edween Anderson**

**10729 Cambridge Ave**

**Kansas City, MO 64134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Description

Loan No. 1619915

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $_____ **Unknown** |

**Edwin Vega**

**16805 E. Lakspur Ln #4**

**Independence, MO 64055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

Description

Loan Number: 1380609

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                        BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.77** | **Nonpriority creditor's name and mailing address**

Elaina Brancato

2124 Buron Dr #162

Austin, TX 78741

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.29

**Date or dates debt was incurred**

02/28/2019

**Basis for the claim:**

Outstanding Check

**Description**

Cancellation of DCA refund due

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**

Elizabeth Sprague

2200 S Cedar

Independence, MO 64052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**

Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley

**Description**

Loan No. 1993723

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**

Equifax Information SVCS LLC

PO Box 740253

Atlanta, GA 30374-0253

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 942.63

**Date or dates debt was incurred**

**Basis for the claim:**

unpaid invoices

**Description**

data services

**Last 4 digits of account number** 0081

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

Debtor **Barton Creek Auto Credit, LLC** _____   Case number *(if known)* _____
Name

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Erik Stewart**

**7943 Garfield Ave**

**Kansas City, MO 64132**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan Number: 1452103

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Ernest Colbert**

**118 E 7th St, Apt 12**

**Emporia, KS 66801**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2058891

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

**Gayle Burelson**

**7522 E 85th Terr #103**

**Kansas City, MO 64138**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2037172

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☒ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                 BlueStylus

Debtor   **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
                Name

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Gunnar Maxwell**

**1304 SE Rosehill Dr**

**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1688115

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Heather Maxwell**

**18309 E 12 Terr N**

**Independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1858965

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **37.80** |

**Ignancio Munguia**

**7719 Mary Carolyn**

**San Antonio, TX 78240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Outstanding Check**

**Description**

Cancellation of DCA refund due

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Debtor     __Barton Creek Auto Credit, LLC__                                    Case number *(if known)* _____
           Name

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

__Ivy Christman__

__3911 S Redwood Dr__

__Independence, MO 64055__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**
Loan No. 1944039

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

__Jack Nichelson__

__17135 E 5th St__

__Independence, MO 64056__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**
Loan No. 1654229

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

__James Barton__

__5225 Sycamore__

__Kansas City, MO 64129__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**
Loan No. 1609382

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.89** | **Nonpriority creditor's name and mailing address**

**James King**

**300 Millview Dr**

**Buckner, MO 64016**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☒ Yes

$ _____ **Unknown**

Description

Loan No. 1715941

---

**3.90** | **Nonpriority creditor's name and mailing address**

**Jamie Burnett**

**9507 E 79th St**

**Raytown, MO 64138**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☒ Yes

$ _____ **Unknown**

Description

Loan No. 2081449

---

**3.91** | **Nonpriority creditor's name and mailing address**

**Janice Fox**

**16711 A E. 28th Place**

**Independence, MO 64055**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☒ Yes

$ _____ **Unknown**

Description

Loan No. 1854228

---

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor     **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
           Name

---

**3.92**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**        $_____ **Unknown**
                                                                      *Check all that apply.*

          **Jaron Greathouse**                                        ☐  Contingent

          **10301 E 96ST**                                            ☐  Unliquidated

          **Kansas City, MO 64134**                                   ☐  Disputed

          **Date or dates debt was incurred**                         **Basis for the claim:**                      Description
                                                                      **Potential Class Member in Barton**          ┌──────────────────────────┐
                                                                      **Creek Auto Credit, LLC v. Jessie**          │ Loan No. 1821929         │
          _____                                **Bradley**                                   │                          │
                                                                                                                    │                          │
          **Last 4 digits of account number**  _____           **Is the claim subject to offset?**           │                          │
                                                                      ☑  No                                         │                          │
                                                                      ☐  Yes                                        └──────────────────────────┘

---

**3.93**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**        $_____ **Unknown**
                                                                      *Check all that apply.*

          **Jarrod Blackman**                                         ☐  Contingent

          **16806 E Larkspur Ln, Apt 4**                              ☐  Unliquidated

          **Independence, MO 64055**                                  ☐  Disputed

          **Date or dates debt was incurred**                         **Basis for the claim:**                      Description
                                                                      **Potential Class Member in Barton**          ┌──────────────────────────┐
                                                                      **Creek Auto Credit, LLC v. Jessie**          │ Loan No. 2123568         │
          _____                                **Bradley**                                   │                          │
                                                                                                                    │                          │
          **Last 4 digits of account number**  _____           **Is the claim subject to offset?**           │                          │
                                                                      ☑  No                                         │                          │
                                                                      ☐  Yes                                        └──────────────────────────┘

---

**3.94**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**        $_____ **Unknown**
                                                                      *Check all that apply.*

          **Jasmine Collier**                                         ☐  Contingent

          **11205 Crystal Ave**                                       ☐  Unliquidated

          **Kansas City, MO 64134**                                   ☐  Disputed

          **Date or dates debt was incurred**                         **Basis for the claim:**                      Description
                                                                      **Potential Class Member in Barton**          ┌──────────────────────────┐
                                                                      **Creek Auto Credit, LLC v. Jessie**          │ Loan Number: 10056       │
          _____                                **Bradley**                                   │                          │
                                                                                                                    │                          │
          **Last 4 digits of account number**  _____           **Is the claim subject to offset?**           │                          │
                                                                      ☑  No                                         │                          │
                                                                      ☐  Yes                                        └──────────────────────────┘

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor __**Barton Creek Auto Credit, LLC**__ _____   Case number *(if known)* _____
  Name

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Jason Mahurin__

__403 N. Redbud__

__Concordia, MO 64020__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☒ Yes

**Description**

Loan No. 1744282

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Jeffrey A. Stump__

__116 Berry Ave__

__Belton, MO 64012__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☒ Yes

**Description**

Loan No. 1742402

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Jermaine Campbell__

__3607 N Cleveland Ave__

__Kansas City, MO 64117__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☒ Yes

**Description**

Loan No. 1984481

---

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.98** | **Nonpriority creditor's name and mailing address**

**Jessie Bradley**

**11402 Manchester Ave.**

**Kansas City, MO 64134-3545**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Class Action Lawsuit**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**

**Jessie Chronister**

**737 N Aztex Drive**

**Independence, MO 64056**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**
Loan No. 2067535

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

**Joe Albert Gereb**

**5039 Hamilton #1412**

**San Antonio, TX 78229**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **68.42**

**Date or dates debt was incurred**
**01/31/2018**

**Basis for the claim:**
**Outstanding Check**

**Description**
**Cancellation of DCA refund due**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

Debtor  **Barton Creek Auto Credit, LLC**                    Case number *(if known)* _____
        Name

---

| **3.10 1** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**John Bonacorso**

**6324 North Cleveland Ave**

**Kansas City, MO 64119**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1510825

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| **3.10 2** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jordan Banks**

**3434 E 62nd Street**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2099139

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.10
3**

**Nonpriority creditor's name and mailing address**

**Jordan Beach**

**1875 Kingbird Ct**

**Liberty, MO 64068**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Description**

| Loan No. 2095529 |
|---|

---

**3.10
4**

**Nonpriority creditor's name and mailing address**

**Jordan Johnson**

**101 S. Hawthorne Ave**

**Independence, MO 64053**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Description**

| Loan No. 1751395 |
|---|

---

Debtor  **Barton Creek Auto Credit, LLC**
Name

Case number (if known) _____

---

| 3.10 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Ault**

**16207 Hwy E**

**Lexington, MO 64067**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan NO. 64067

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.10 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Beach**

**1875 Kingbird Ct**

**Liberty, MO 64068**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2095529

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC  BlueStylus

Debtor    __**Barton Creek Auto Credit, LLC**_____    Case number *(if known)* _____
Name

---

**3.107**

**Nonpriority creditor's name and mailing address**

__**Joshua McCune**_____

__**5060 N Oak Trfy**_____

__**Kansas City, MO 64118**_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Loan No. 1793193

---

**3.108**

**Nonpriority creditor's name and mailing address**

__**Juan Martinez**_____

__**16031 W 143rd Terrace**_____

__**Olathe, KS 66062**_____

**Date or dates debt was incurred**
__**12/01/2021**_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Outstanding Check**_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **104.81**

**Description**

Account Adjustment

---

**3.109**

**Nonpriority creditor's name and mailing address**

__**Julius Brown**_____

__**10563 Cypress Ave #8**_____

__**Kansas City, MO 64137**_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Loan Number: 10251

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.110**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| | Check all that apply. | $ _____ **Unknown** |
| **Justin Cogle** | ☐ Contingent | |
| **4425 Norwood Ave** | ☐ Unliquidated | |
| **Kansas City, MO 64133** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Loan No. 1960119 |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ■ No | |
| | ☐ Yes | |

**3.111**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| | Check all that apply. | $ _____ **Unknown** |
| **Justin Davis** | ☐ Contingent | |
| **114 N Crest Drive** | ☐ Unliquidated | |
| **Daleville, VA 24083** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Loan No. 1738311 |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ■ No | |
| | ☐ Yes | |

Debtor __**Barton Creek Auto Credit, LLC**_____ Case number *(if known)* _____
Name

| 3.11 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__**Justus D. Sinnett**_____

__**5417 NW Homer White Rd**_____

__**NICHOLS, WI 54152**_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

**Loan No. 1732221**

| 3.11 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__**Karryan Baker**_____

__**11719 Winchester Ave**_____

__**Kansas City, MO 64164**_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

**Loan Number: 10314**

Debtor   __Barton Creek Auto Credit, LLC__          Case number *(if known)* _____
             Name

**3.11 4**

**Nonpriority creditor's name and mailing address**

__Karsa Pitts__

__19416 East 14th Street__

__Independence, MO 64056__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 1516302

**3.11 5**

**Nonpriority creditor's name and mailing address**

__Kasey Ray__

__11210 Puttman St__

__Independence, MO 64054__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2194332

Copyright © Financial Software Solutions, LLC

Debtor    **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
          Name

---

**3.11 6**

**Nonpriority creditor's name and mailing address**

**Kasmin Jones**

**3217 Mersington Ave**

**Kansas City, MO 64128**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1703173

---

**3.11 7**

**Nonpriority creditor's name and mailing address**

**Kathy Samborski**

**16700 East 29th Street South**

**Independence, MO 64055**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan Number: 1492250

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor _____**Barton Creek Auto Credit, LLC**_____  Case number *(if known)* _____
Name

---

**3.118**

**Nonpriority creditor's name and mailing address**

**Ken Brady**

**1404 W College**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1797877

---

**3.119**

**Nonpriority creditor's name and mailing address**

**Kenneth Paul**

**720 S. Savage Street**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1529333

---

Copyright © Financial Software Solutions, LLC                                                                          BlueStylus

| Debtor | Barton Creek Auto Credit, LLC | Case number (if known) |
|--------|-------------------------------|------------------------|
|        | Name                          |                        |

---

**3.120**

**Nonpriority creditor's name and mailing address**

**Kimberly Thibault**

**737 N Aztec Dr**

**Independence, MO 64056**

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2067535

---

**3.121**

**Nonpriority creditor's name and mailing address**

**Kosmes Kosmes**

**8201 N Thomas Meyers Dr #A**

**Kansas City, MO 64117**

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2103235

---

Copyright © Financial Software Solutions, LLC

Debtor  **Barton Creek Auto Credit, LLC**                                        Case number *(if known)* _____
         Name

---

**3.12 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ _____ **Unknown** |

**Kristina Listenberger**

**1222 S. Ash**

**Independence, MO 64052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan Number: 1126948

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ _____ **Unknown** |

**Kristina Winters**

**229 Park**

**Kansas City, MO 64124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1910607

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
　　　　Name

---

**3.12 4**

**Nonpriority creditor's name and mailing address**

**Larry Tong**

**1612 South Vermont**

**Independence, MO 64052**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

| Description |
| --- |
| Loan No. 1625833 |

---

**3.12 5**

**Nonpriority creditor's name and mailing address**

**Laryssa Scott**

**2843 Mersington Ave**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

| Description |
| --- |
| Loan No. 1709271 |

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**
          Name                                                      Case number *(if known)*

---

**3.12 6**

**Nonpriority creditor's name and mailing address**

**Lashunda Williams**

**7600 E 199th Terr**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

| Loan No. 2026005 |
| --- |

---

**3.12 7**

**Nonpriority creditor's name and mailing address**

**Latisha Davis**

**6003 Blue Hills Rd #5**

**Kansas City, MO 64110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

| Loan No. 2043906 |
| --- |

---

Debtor  **Barton Creek Auto Credit, LLC**
        Name

Case number (if known)

---

**3.128**

**Nonpriority creditor's name and mailing address**

**Latrease Bates**

**9500 Drury Ave, Apt 304**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2035270

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Leland Quint**

**1457 NE Burgandy Ln.**

**Lee's Summit, MO 64088**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2406967

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    __Barton Creek Auto Credit, LLC__                                    Case number *(if known)* _____
                    Name

| **3.130** |
|---|

**Nonpriority creditor's name and mailing address**

__Leonel Lopez__

__1513 W 23rd Terr, Bldg. G4, Apt. I__

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Loan No. 1919440

---

| **3.131** |
|---|

**Nonpriority creditor's name and mailing address**

__Lindsey Samborski__

__16700 East 29th Street South__

__Independence, MO 64055__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Loan Number: 1492250

Copyright © Financial Software Solutions, LLC

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.13 2**

**Nonpriority creditor's name and mailing address**

**Lisa Aguilar**

**716 NW Street**

**Nevada, MO 64772**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 1823232

---

**3.13 3**

**Nonpriority creditor's name and mailing address**

**Madge Keshun**

**7405 E 112th St**

**Kansas City, MO 64134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan Number: 10029

---

**3.13 4**

**Nonpriority creditor's name and mailing address**

**Maria Gonzalez**

**13021 Dessau Rd Lot 442**

**Austin, TX 78754**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **64.58**

**Date or dates debt was incurred**

**06/11/2018**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Outstanding Check**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Cancellation of DCA refund due

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.135**

**Nonpriority creditor's name and mailing address**

**Mark Isley**

**8007 Forest Park Dr**

**Kansas City, MO 64152**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1676656

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.136**

**Nonpriority creditor's name and mailing address**

**Markeshia Fue**

**4215 Tracy Ave**

**Kansas City, MO 64110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan Number 10162

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)*

---

**3.137**

**Nonpriority creditor's name and mailing address**

**Marlon Green**

**3335 S Oxford**

**Independence, MO 64052**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ Unknown

Description

Loan No. 2202536

---

**3.138**

**Nonpriority creditor's name and mailing address**

**Marlys Glover**

**1331 N Main Street**

**Independence, MO 64050**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ Unknown

Description

Loan No. 2145976

---

Debtor  __**Barton Creek Auto Credit, LLC**__   Case number *(if known)* _____
Name

---

| 3.13 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marvin Cogle**

**4425 Norwood Ave**

**Kansas City, MO 64133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan Number: 1414503

---

| 3.14 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Goodloe**

**7010 N Park Ave, Apt A**

**Kansas City, MO 64118**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1954257

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.14 1**

**Nonpriority creditor's name and mailing address**

**Maurice Brown**

**522 NE Malibu Dr**

**Lees Summit, MO 64064**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Loan No. 1794534

---

**3.14 2**

**Nonpriority creditor's name and mailing address**

**Maurice Lurks**

**3934 Indiana Ave**

**Kansas City, MO 64132**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Loan No. 2078731

---

**3.14 3**

**Nonpriority creditor's name and mailing address**

**Mauricio Rico**

**8001 Lee Hill #L**

**Austin, TX 78744**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **22.92**

**Date or dates debt was incurred**

**06/04/2019**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Outstanding Check**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Cancellation of DCA refund due

---

Copyright © Financial Software Solutions, LLC | | BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**

Name

Case number *(if known)*

---

**3.14 4**

**Nonpriority creditor's name and mailing address**

**Melinda Foster**

**647 North Queen Ridge Ct**

**Independence, MO 64056**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1797637

---

**3.14 5**

**Nonpriority creditor's name and mailing address**

**Melissa Mustain**

**19506 Salisbury**

**Independence, MO 64056**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1942080

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)* _____

| 3.14 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Craddock**

**110 N Chestnut, Apt B**

**Belton, MO 64012**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2067265

| 3.14 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Hall**

**800 E 100th Terrace, Apt 3**

**Kansas City, MO 64131**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **154.31**

**Date or dates debt was incurred**
**12/01/2021**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Outstanding Check**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Account Adjustment

| 3.14 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Kovaleski**

**1011 W White Oak St**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2078830

| Debtor | **Barton Creek Auto Credit, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**3.149**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ Unknown |
|---|---|---|
| **Miesha Chrisman** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **6704 E 129th St** | | |
| **Grandview, MO 64030** | | |

| **Date or dates debt was incurred** | **Basis for the claim:**<br>**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | **Description** |
|---|---|---|
| | | Loan No. 1783773 |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

**3.150**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ Unknown |
|---|---|---|
| **Mike Price** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **7945 Agnes** | | |
| **Kansas City, MO 64132** | | |

| **Date or dates debt was incurred** | **Basis for the claim:**<br>**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | **Description** |
|---|---|---|
| | | Loan No. 1532408 |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**          Case number *(if known)* _____
        Name

---

**3.15 1**

**Nonpriority creditor's name and mailing address**

**Monet Roberts**

**13009 Bristol Ave**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan Number: 10169

---

**3.15 2**

**Nonpriority creditor's name and mailing address**

**Nasteff & Quinn, LLC**

**118 North Water Street**

**Liberty, MO 64068**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **902.75**

**Date or dates debt was incurred**

**2/1/23**

**Last 4 digits of account number** _____

**Basis for the claim:**

**unpaid invoices**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

legal services

---

**3.15 3**

**Nonpriority creditor's name and mailing address**

**Nathan May**

**700 N Walnut Street**

**Olathe, KS 66061**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **68.14**

**Date or dates debt was incurred**

**12/01/2021**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Outstanding Check**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Account Adjustment

---

| Debtor | Barton Creek Auto Credit, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.15 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 238.45 |
|---|---|---|
| **Nathaniel Ressel** | ☐ Contingent | |
| **2203 E Cedar St** | ☐ Unliquidated | |
| **Olathe, KS 66062** | ☐ Disputed | |

| Date or dates debt was incurred<br>**12/01/2021** | Basis for the claim:<br>**Outstanding Check** | Description<br>**Account Adjustment** |
|---|---|---|
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**3.15 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ Unknown |
|---|---|---|
| **Neico Silkwood** | ☐ Contingent | |
| **22099 102th Lane** | ☐ Unliquidated | |
| **Sweet Springs, MO 65351** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim:<br>**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Description<br>**Loan No. 1551633** |
|---|---|---|
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**3.15 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ Unknown |
|---|---|---|
| **Nyankiir Anyang** | ☐ Contingent | |
| **755 NW 60th Street, Apt 12** | ☐ Unliquidated | |
| **Kansas City, MO 64118** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim:<br>**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Description<br>**Loan No. 1955712** |
|---|---|---|
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Copyright © Financial Software Solutions, LLC     BlueStylus

**Debtor**    __Barton Creek Auto Credit, LLC__          **Case number** *(if known)* _____
Name

---

| 3.15<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

__Nykeiscia Love__

__1201 NW 66th Ter__

__Kansas City, MO 64118__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Loan No. 1832917

---

| 3.15<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

__Paris Jordan__

__3706 Neona__

__Saint Louis, MO 63121__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Loan No. 1711077

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
         Name

---

**3.15 9**

**Nonpriority creditor's name and mailing address**

**Patrice Davis**

**9311 Eastern Ave**

**Kansas City, MO 64138**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1905547

---

**3.16 0**

**Nonpriority creditor's name and mailing address**

**Patrick Doughtery**

**11500 Eubank Drive**

**Austin, TX 78758**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **289.62**

**Date or dates debt was incurred**
**05/02/2018**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Outstanding Check**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Cancellation of DCA refund due

---

**3.16 1**

**Nonpriority creditor's name and mailing address**

**Patrick Thomas**

**601 N Franson**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1701274

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor   **Barton Creek Auto Credit, LLC**       Case number *(if known)* _____
Name

---

**3.16 2**

**Nonpriority creditor's name and mailing address**

**Posha King**

**3529 NE 72nd St #90**

**Kansas City, MO 64119**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**
Loan no. 1892766

---

**3.16 3**

**Nonpriority creditor's name and mailing address**

**Quincy Hughes**

**1500 N. Interstate 35**

**Round Rock, TX 78664**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **316.66**

**Date or dates debt was incurred**
**03/25/2019 & 03/25/2018**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Outstanding Checks**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**
Cancellation of DCA refund due (combined 2018 and 2019)

---

**3.16 4**

**Nonpriority creditor's name and mailing address**

**Rachel Bartlett**

**8825 E 19th Street, Lot 142**

**Kansas City, MO 64126**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**
Loan No. 2101337

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)*

---

**3.16 5**

**Nonpriority creditor's name and mailing address**

**Regina Baker**

**913 S Noland Road**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1736208

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.16 6**

**Nonpriority creditor's name and mailing address**

**Richard Bassett**

**1818 North Grove Dr**

**Independence, MO 64058**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan Number: 1251847

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.16 7**

**Nonpriority creditor's name and mailing address**

**Richard Cade**

**8803 E 83rd Street**

**Raytown, MO 64138**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 1995943

---

**3.16 8**

**Nonpriority creditor's name and mailing address**

**Richard Sagaser**

**6117 N. Denver Ave**

**Kansas City, MO 64119**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan Number: 1440358

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor   **Barton Creek Auto Credit, LLC**                                    Case number *(if known)*  _____
Name

---

**3.169**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Robert Botts**

**11206 NW Lema Dr, Apt 1**

**Kansas City, MO 64152**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Loan No. 2202390

---

**3.170**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Robert Chevez**

**612 N Downey Ct**

**Independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Loan No. 1767037

---

Copyright © Financial Software Solutions, LLC            BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**         Case number *(if known)* _____
         Name

---

**3.17 1**

**Nonpriority creditor's name and mailing address**

**Robert Downton**

**5105 Garfield**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2140308

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.17 2**

**Nonpriority creditor's name and mailing address**

**Robert McGautha**

**3609 Blue Ridge, Apt 2**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1943883

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor     **Barton Creek Auto Credit, LLC**
           Name                                                    Case number *(if known)*

---

**3.17
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* |

**Roberta Townsend**

**14200 E. 49th St, Apt 102**

**Kansas City, MO 64136**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

| | | |
|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:**<br>**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | **Description**<br>Loan Number: 1440355 |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

---

**3.17
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* |

**Rodger Cole**

**1723 Hartford**

**Independence, MO 64058**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

| | | |
|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:**<br>**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | **Description**<br>Loan No. 1741019 |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

---

**3.17
5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* |

**Roger Alexander**

**6707 Sangate Drive**

**Arlington, TX 76002**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **299.06**

| | | |
|---|---|---|
| **Date or dates debt was incurred**<br>**06/04/2018** | **Basis for the claim:**<br>**Outstanding Check** | **Description**<br>**Cancellation of DCA refund due** |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.17 6**

**Nonpriority creditor's name and mailing address**

**Roy Brown**

**3308 North Mccoy**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Loan No. 1678681

---

**3.17 7**

**Nonpriority creditor's name and mailing address**

**Ryan Sprague**

**334 NW 1351**

**Holden, MO 64040**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Loan No. 2006564

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

Debtor  __**Barton Creek Auto Credit, LLC**__          Case number *(if known)* _____

Name

---

**3.17 8**

**Nonpriority creditor's name and mailing address**

__**Sammyo T. Jackson**__

__**11926 Sycamore**__

__**Grandview, MO 64030**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1764956

---

**3.17 9**

**Nonpriority creditor's name and mailing address**

__**Satin Walcott**__

__**9323 Bales Ave #301**__

__**Kansas City, MO 64127**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan Number: 10107

---

Debtor    __Barton Creek Auto Credit, LLC__      Case number *(if known)* _____
     Name

---

| 3.18 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Savannah Nutt__

__512 NE Church Hill St__

__Lees Summit, MO 64086__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Basis for the claim:**
__Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley__

**Description**

Loan No. 2020693

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.18 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Selina Snook__

__1425 S 55th St., Apt 7__

__Kansas City, KS 66106__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __63.08__

**Date or dates debt was incurred**
__12/01/2021__

**Basis for the claim:**
__Outstanding Check__

**Description**

Account Adjustment

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.18 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Serafin A. Servin__

__491 Sheffied Rd__

__Seguin, TX 78155__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __127.08__

**Date or dates debt was incurred**
__09/17/2018__

**Basis for the claim:**
__Outstanding Checks__

**Description**

Cancellation of DCA refund due

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.18 3**

**Nonpriority creditor's name and mailing address**

**Shana McFarland**

**300 W Marcia**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1679087

---

**3.18 4**

**Nonpriority creditor's name and mailing address**

**Shaniqua Jackson**

**3127 NW Gateway Dr**

**Blue Springs, MO 64015**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2067703

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.18 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Unknown |
|---|---|---|---|
| | Check all that apply. | | |

**Shatora Floy**

**10817 E 24th Street S**

**Independence, MO 64052**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Invoice Number: 10236 |

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.18 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Unknown |
|---|---|---|---|
| | Check all that apply. | | |

**Shawnte Giles**

**721 North Cloverdale Ave**

**Independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Loan Number: 1412331 |

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**    Case number *(if known)* _____
                 Name

---

**3.18 7**

**Nonpriority creditor's name and mailing address**

**Stacey Moore**

**721 North Liberty**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 1498954

---

**3.18 8**

**Nonpriority creditor's name and mailing address**

**Stehpanie Hunt**

**11421 Colorado Ave, Apt 5**

**Kansas City, MO 64137**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 1986812

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor  __**Barton Creek Auto Credit, LLC**__  Case number *(if known)* _____
　　　　　Name

| **3.18 9** | | | |

**Nonpriority creditor's name and mailing address**

__**Stephen Hamilton**__

__**528 Jackson Ave**__

__**Joplin, MO 64801**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan Number: 10094

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

| **3.19 0** | | | |

**Nonpriority creditor's name and mailing address**

__**Steve Warehime**__

__**10614 E 23rd Street South, Apt A**__

__**Independence, MO 64050**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1665751

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor     __Barton Creek Auto Credit, LLC__                              Case number *(if known)* _____
           Name

---

**3.19
1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ **Unknown** |
|---|---|---|
| | *Check all that apply.* | |

__Steven Bathgate__

__1690 Larkspur Ln, Apt 3__

__Independence, MO 64055__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1887570

---

**3.19
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ **Unknown** |
|---|---|---|
| | *Check all that apply.* | |

__Suprena Collins__

__3130 Brooklyn Ave__

__Kansas City, MO 64109__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1721673

---

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**                 Case number *(if known)* _____
Name

---

**3.19
3**

**Nonpriority creditor's name and mailing address**

**Susana Komes**

**8201 N Thomas Meyers Dr #A**

**Kansas City, MO 64117**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2103235

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.19
4**

**Nonpriority creditor's name and mailing address**

**Symphony Teague**

**4104 S. Crackerneck Rd**

**Independence, MO 64055**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 1954000

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.19
5**

**Nonpriority creditor's name and mailing address**

**Takhia Marie Harris**

**930 Duncan Perry, Apt 2009**

**Grand Prairie, TX 75050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **41.84**

**Date or dates debt was incurred**
**09/16/2019**

**Basis for the claim:**
**Outstanding Check**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor _____**Barton Creek Auto Credit, LLC**_____   Case number *(if known)* _____
Name

---

**3.19
6**

**Nonpriority creditor's name and mailing address**

**Tamika Hickman**

**6637 Walrond**

**Kansas City, MO 64132**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Description**

Loan No. 2180888

---

**3.19
7**

**Nonpriority creditor's name and mailing address**

**Tamiko Chamberlain**

**1921 E 17th Street**

**Kansas City, MO 64127**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Description**

Loan No. 1995881

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**                             Case number *(if known)* _____
        Name

---

| **3.198** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Richbourg**

**102 North Institute St**

**Richmond, MO 64085**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1515093

---

| **3.199** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tierra Johnson**

**10007 Hillcrest Road**

**Kansas City, MO 64134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan Number: 10066

---

Copyright © Financial Software Solutions, LLC                                                  BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.200**

**Nonpriority creditor's name and mailing address**

**Tiffany Chambers**

**7006 N Olive**

**Kansas City, MO 64118**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1834772

---

**3.201**

**Nonpriority creditor's name and mailing address**

**Tim Owen**

**2616 Castle Dr**

**Blue Springs, MO 64015**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 1873213

---

Debtor  __**Barton Creek Auto Credit, LLC**__   Case number *(if known)* _____
Name

---

| 3.20 2 |
|---|

**Nonpriority creditor's name and mailing address**

__**Tomothy Rokov**__

__**6109 N Jefferson St, Apt 6**__

__**Kansas City, MO 64118**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 1999782

---

| 3.20 3 |
|---|

**Nonpriority creditor's name and mailing address**

__**Tony Turner**__

__**10322 Hillcrest Rd**__

__**Kansas City, MO 64134**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 1732263

---

Official Form 206E/F

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                          Case number *(if known)* _____
Name

| 3.20 4 |

**Nonpriority creditor's name and mailing address**

**Travis Wright**

**17858 K-16 Hwy**

**Independence, MO 64056**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan Number: 10028

| 3.20 5 |

**Nonpriority creditor's name and mailing address**

**Trenease Burns**

**4220 E 43rd St**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 1971422

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

Debtor __**Barton Creek Auto Credit, LLC**__  Case number *(if known)* _____
Name

---

| **3.20** |
|---|
| **6** |

**Nonpriority creditor's name and mailing address**

__**Tyra McGee**__

__**4435 E 10th St**__

__**Kansas City, MO 64127**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

| Loan No. 2091823 |
|---|

---

| **3.20** |
|---|
| **7** |

**Nonpriority creditor's name and mailing address**

__**Victoria Harris**__

__**7408 Harrison**__

__**Kansas City, MO 64131**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

| Loan No. 2037172 |
|---|

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)* _____

---

| **3.20 8** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Wedly Registe**

**205 NE 50th #321**

**Kansas City, MO 64118**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2052451

---

| **3.20 9** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**William Porter**

**828 N Arapahoe**

**Independence, MO 64056**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 1891812

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor      **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
            Name

---

**3.210**

**Nonpriority creditor's name and mailing address**

**Jacquella Carter**

**134 Mott Dr**

**Raymore, MO 64083**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Description

Loan No. 2202695

---

**3.211**

**Nonpriority creditor's name and mailing address**

**Johnnie Nelson**

**134 Mott Dr**

**Raymore, MO 64083**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Description

Loan No. 2202695

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**            Case number *(if known)* _____
      Name

---

**3.21 2**

**Nonpriority creditor's name and mailing address**

**David Barrolle**

**1710 5th Ave**

**Saint Joseph, MO 64505**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2204600

---

**3.21 3**

**Nonpriority creditor's name and mailing address**

**Rudy Chavez**

**3416 N Bellefontaine Street**

**Kansas City, MO 64117**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2219428

---

Copyright © Financial Software Solutions, LLC            BlueStylus

Debtor __**Barton Creek Auto Credit, LLC**__      Case number *(if known)* _____

Name

---

**3.21 4**

**Nonpriority creditor's name and mailing address**

__**Francisco Leal**__

__**4016 Anderson Ave**__

__**Kansas City, MO 64123**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2224461

---

**3.21 5**

**Nonpriority creditor's name and mailing address**

__**Melissa Lovett**__

__**616 Morse Ave**__

__**Liberty, MO 64068**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2225433

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor _____ **Barton Creek Auto Credit, LLC** _____    Case number *(if known)* _____
　　　　　　　Name

---

**3.21 6**

**Nonpriority creditor's name and mailing address**

**Talisha Wright**

**824 State Avenue**

**Kansas City, KS 66101**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

| Description |
| --- |
| Loan No. 2235507 |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.21 7**

**Nonpriority creditor's name and mailing address**

**Richard Nunn**

**1300 Bryson**

**Independence, MO 64052**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

| Description |
| --- |
| Loan No. 2238111 |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BlueStylus

Debtor   __Barton Creek Auto Credit, LLC__      Case number *(if known)* _____
Name

---

**3.21 8**

**Nonpriority creditor's name and mailing address**

**Ryan Ashton**

**955 Leroy**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2238889

---

**3.21 9**

**Nonpriority creditor's name and mailing address**

**Aaron Martinez**

**10107 Central St, Apt 103**

**Kansas City, MO 64114**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2240019

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor     __Barton Creek Auto Credit, LLC__                                    Case number *(if known)* _____
                Name

---

| **3.220** |
|---|

**Nonpriority creditor's name and mailing address**

__Raymond Foster__

__1306 NW 6th Terr__

__Blue Springs, MO 64015__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2243122

---

| **3.221** |
|---|

**Nonpriority creditor's name and mailing address**

__Yancy Smith__

__2717 E 77th St__

__Kansas City, MO 64132__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2255306

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

Debtor  __**Barton Creek Auto Credit, LLC**__  Case number *(if known)* _____
　　　　　Name

---

| 3.22 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__**Jonthan Leal**__

__**4220 Clark Ave**__

__**Kansas City, MO 64111**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2256971

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

| 3.22 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__**Phillip Kasper**__

__**400 West Marcia Ave**__

__**Independence, MO 64050**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2257124

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC  BlueStylus

Debtor  __Barton Creek Auto Credit, LLC__  Case number *(if known)* _____
Name

| **3.22 4** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Shawn Pearson__

__2621 S Norwood__

__Independence, MO 64052__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2258361

---

| **3.22 5** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Jorge Pina__

__18430 W 152nd Terr__

__Olathe, KS 66062__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2259200

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**
Name

Case number (*if known*)

| 3.22 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chistina Strother**

**5201 E 7th St, Apt A**

**Kansas City, MO 64124**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2262139

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.22 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ellis Robinson**

**10855 Richards Ct**

**Overland Park, KS 66210**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2268582

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)*

---

| 3.22 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Vernon Meade**

**3646 Askew Ave**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2270249

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.22 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Herbert William**

**3309 Mersington Ave**

**Kansas City, MO 64128**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2270918

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    __Barton Creek Auto Credit, LLC__                                    Case number *(if known)* _____
              Name

---

**3.23 0**

**Nonpriority creditor's name and mailing address**

__Leotrice Franklin__

__6201 E 152nd St #B__

__Grandview, MO 64030__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2271392

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.23 1**

**Nonpriority creditor's name and mailing address**

__Steven McElroy__

__21416 Pinoak Lane__

__Peculiar, MO 64078__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2271538

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

---

**3.23 2**

**Nonpriority creditor's name and mailing address**

**Justin Gilmore**

**3801 S Adams Ave**

**Independence, MO 64055**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2280187

---

**3.23 3**

**Nonpriority creditor's name and mailing address**

**Andia Ammons**

**14419 Craig Ave**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2281087

---

Debtor   __Barton Creek Auto Credit, LLC__                     Case number *(if known)* _____
        Name

---

**3.23 4**

**Nonpriority creditor's name and mailing address**

__Reginold McDonald__

__14419 Craig Ave__

__Grandview, MO 64030__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2281067

---

**3.23 5**

**Nonpriority creditor's name and mailing address**

__Michael Crockett__

__3001 Spruce Ave__

__Kansas City, MO 64128__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2286417

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor | Barton Creek Auto Credit, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.23 6**

**Nonpriority creditor's name and mailing address**

**Brigitte Emerson**

**1818 E 79th Street**

**Kansas City, MO 64032**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2290910

---

**3.23 7**

**Nonpriority creditor's name and mailing address**

**Amanda Paris**

**18205 East 51st Street Ct D**

**Independence, MO 64055**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2297258

---

Debtor _____ **Barton Creek Auto Credit, LLC** _____          Case number *(if known)* _____
Name

---

**3.23 8**

**Nonpriority creditor's name and mailing address**

**Calvin Poke**

**11007 Beacon Ave**

**Kansas City, MO 64134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2303108

---

**3.23 9**

**Nonpriority creditor's name and mailing address**

**Juan Pena**

**6204A E 152nd St**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan no. 2318658

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.240**

**Nonpriority creditor's name and mailing address**

**Scott Wheeler**

**100 NE 67th Terr**

**Kansas City, MO 64118**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 64118

---

**3.241**

**Nonpriority creditor's name and mailing address**

**Tonya Wallace**

**9125 W 124th Street**

**Overland Park, KS 66213**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2319902

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**
          Name                                                    Case number *(if known)* _____

---

**3.24 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ _____ **Unknown** |
|---|---|---|

**Shane Hook**

**RR1 Box 33**

**Drexel, MO 64742**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2328674

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.24 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ _____ **Unknown** |
|---|---|---|

**Teresa Todd**

**1233 S Pleasant St**

**Independence, MO 64055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2330147

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor    __Barton Creek Auto Credit, LLC__       Case number *(if known)* _____

Name

| | |
|---|---|
| **3.24 4** | |

**Nonpriority creditor's name and mailing address**

__Stacatto Henderson__

__10211 Hillcrest Rd__

__Kansas City, MO 64134__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2349226

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

| | |
|---|---|
| **3.24 5** | |

**Nonpriority creditor's name and mailing address**

__Terrance Coffin__

__547 South Arlington__

__Independence, MO 64053__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2354715

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Debtor     **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
           Name

| 3.24 6 |
|---|

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $ _____ **Unknown**
                                                              *Check all that apply.*

**Rane Newman**                                              ☐ Contingent
                                                              ☐ Unliquidated
**4418 Harrison St**                                         ☐ Disputed

**Kansas City, MO 64110**

**Date or dates debt was incurred**          **Basis for the claim:**              Description
                                             **Potential Class Member in Barton**
                                             **Creek Auto Credit, LLC v. Jessie**    Loan No. 2373990
_____                              **Bradley**

**Last 4 digits of account number** _____          **Is the claim subject to offset?**

                                                              ■ No
                                                              ☐ Yes

| 3.24 7 |
|---|

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $ _____ **Unknown**
                                                              *Check all that apply.*

**Lance Kolb**                                               ☐ Contingent
                                                              ☐ Unliquidated
**5504 Maywood Ave**                                         ☐ Disputed

**Kansas City, MO 64133**

**Date or dates debt was incurred**          **Basis for the claim:**              Description
                                             **Potential Class Member in Barton**
                                             **Creek Auto Credit, LLC v. Jessie**    Loan No. 2380960
_____                              **Bradley**

**Last 4 digits of account number** _____          **Is the claim subject to offset?**

                                                              ■ No
                                                              ☐ Yes

Debtor  **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
         Name

---

**3.248**

**Nonpriority creditor's name and mailing address**

**Sheila Kolb**

**5504 Maywood Ave**

**Kansas City, MO 64133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2380960

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**3.249**

**Nonpriority creditor's name and mailing address**

**Ebony Warren**

**7210 Hullwood St**

**Kansas City, MO 64133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2381545

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.250**

**Nonpriority creditor's name and mailing address**

**Mitchell Floyd**

**1507 Thomas Ave**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2396661

---

**3.251**

**Nonpriority creditor's name and mailing address**

**Charles Watkins**

**1708 E 60th St**

**Kansas City, MO 64110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2398829

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor **Barton Creek Auto Credit, LLC**

Name

Case number *(if known)* _____

---

**3.25 2**

**Nonpriority creditor's name and mailing address**

**Tiffany Goodloe**

**914 Winthrop Dr**

**Lexington, MO 64067**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2414940

---

**3.25 3**

**Nonpriority creditor's name and mailing address**

**William Foreman**

**801 S Grant St**

**Olathe, KS 66061**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2431473

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**

Name

Case number *(if known)*

---

| 3.25 4 |
|---|

**Nonpriority creditor's name and mailing address**

**William Baschke**

**45474104 Racoon Ridge Rd**

**Stover, MO 65078**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2444205

---

| 3.25 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Jermaine Holloway**

**9317 Harrison St, Apt 813**

**Kansas City, MO 64131**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2455935

---

Copyright © Financial Software Solutions, LLC  BlueStylus

Debtor **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)* _____

---

**3.25 6**

**Nonpriority creditor's name and mailing address**

**Tony Manning**

**528 N Hocker**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2456437

---

**3.25 7**

**Nonpriority creditor's name and mailing address**

**Richard Harris**

**3405 Utah Rd**

**Wellsville, KS 66092**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2458148

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor  __Barton Creek Auto Credit, LLC__  Case number *(if known)* _____
Name

| 3.25.8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Brittany J. Clark__

__3315 Benton Blvd__

__Kansas City, MO 64128__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$ _____ **Unknown**

**Description**

Loan No. 2462033

---

| 3.25.9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Tashala Fulton__

__3639 SW 38th Ter__

__Topeka, KS 66610__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$ _____ **Unknown**

**Description**

Loan No. 2478206

---

Copyright © Financial Software Solutions, LLC                                                                                     BlueStylus

| Debtor | Barton Creek Auto Credit, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.260**

**Nonpriority creditor's name and mailing address**

**Lanetta Hall**

**11600 Palmer Ave**

**Kansas City, MO 64134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Description**

Loan No. 2494392

---

**3.261**

**Nonpriority creditor's name and mailing address**

**Lee Douglas**

**7003 Jackson Ave**

**Kansas City, MO 64132**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Description**

Loan No. 2496322

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor  __**Barton Creek Auto Credit, LLC**__                                   Case number *(if known)* _____
Name

---

**3.26 2**

**Nonpriority creditor's name and mailing address**

__**Jacob Winters**__

__**2908 S Ralston Ave**__

__**Independence, MO 64052**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2521091

---

**3.26 3**

**Nonpriority creditor's name and mailing address**

__**Kelvin Staley**__

__**3605 Bales Ave**__

__**Kansas City, MO 64128**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2530271

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor  __**Barton Creek Auto Credit, LLC**__  Case number *(if known)* _____
        Name

| 3.26 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__**Luis Torres**__

__**110 W 103rd St #14**__

__**Kansas City, MO 64114**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2536623

---

| 3.26 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__**Yoseline Romero**__

__**110 W 103rd St #14**__

__**Kansas City, MO 64114**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2536623

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Debtor   __Barton Creek Auto Credit, LLC__          Case number *(if known)* _____
Name

| 3.26 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Hali Jones__

__906 NE Deer Creek Dr__

__Grain Valley, MO 64029__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

| Description |
|---|
| Loan No. 2540104 |

---

| 3.26 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Jason E. Carpenter__

__37802 E Cogswell__

__Ferrum, VA 24088__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

| Description |
|---|
| Loan No. 2552398 |

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor  __Barton Creek Auto Credit, LLC__
         Name                                                        Case number *(if known)* _____

---

| 3.26 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Shannon Long__

__3611 Olive St__

__Kansas City, MO 64109__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2554117

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 3.26 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Sandra Jones__

__1311 S 13 HWY LOT 19__

__Lexington, MO 64067__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2556146

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

Debtor   __Barton Creek Auto Credit, LLC__                    Case number *(if known)* _____
          Name

| **3.27 0** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__James Jones__

__1311 S 13 HWY LOT 19__

__Lexington, MO 64067__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2556146

---

| **3.27 1** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__William Wood__

__17202 East Bunschu Rd__

__Independence, MO 64056__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __Unknown__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2563933

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.27 2**

**Nonpriority creditor's name and mailing address**

**Curtis Gordon**

**3526 S Emery Street**

**Independence, MO 64055**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2567041

---

**3.27 3**

**Nonpriority creditor's name and mailing address**

**Tauaipolu Key**

**Independence, MO 64052**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2569560

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor    __**Barton Creek Auto Credit, LLC**_____    Case number *(if known)* _____
          Name

---

**3.27 4**

**Nonpriority creditor's name and mailing address**

__**Teressa Hayes**_____

__**804 S Saville Ave**_____

__**Independence, MO 64050**_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Loan No. 2576713

---

**3.27 5**

**Nonpriority creditor's name and mailing address**

__**Russell Straight**_____

__**13703 11th St**_____

__**Grandview, MO 64030**_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Loan No. 2580009

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor __**Barton Creek Auto Credit, LLC**_____    Case number *(if known)* _____
Name

---

**3.276**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| __**Ronnie Lane**_____ | $ _____ **Unknown** |
| | ☐ Contingent |
| __**10910 Bradshaw**_____ | ☐ Unliquidated |
| | ☐ Disputed |
| __**Overland Park, KS 66210**_____ | |

| | | |
|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Loan No. 2585205 |
| _____ | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** | |
| | ■ No | |
| | ☐ Yes | |

---

**3.277**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| __**Holly Robinson**_____ | $ _____ **Unknown** |
| | ☐ Contingent |
| __**515 S Sunrise Dr**_____ | ☐ Unliquidated |
| | ☐ Disputed |
| __**Raymore, MO 64083**_____ | |

| | | |
|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Loan No. 2589926 |
| _____ | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** | |
| | ■ No | |
| | ☐ Yes | |

---

| Debtor | Barton Creek Auto Credit, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.278**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ _____ Unknown |
|---|---|---|
| Wendy Coleman | ☐ Contingent | |
| 11209 E 53rd St | ☐ Unliquidated | |
| Kansas City, MO 64133 | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley | **Description** |
|---|---|---|
| | | Loan No. 2619338 |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ■ No ☐ Yes | |

---

**3.279**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ _____ Unknown |
|---|---|---|
| David Leonard | ☐ Contingent | |
| 14710 Pine View Dr | ☐ Unliquidated | |
| Grandview, MO 64030 | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley | **Description** |
|---|---|---|
| | | Loan No. 2627705 |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ■ No ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor      __Barton Creek Auto Credit, LLC__                                    Case number *(if known)* _____
                Name

---

| 3.28 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

__Cynthia Livingston__

__1324 West 24th Street__

__Independence, MO 64052__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2634446

---

| 3.28 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

__Laverna Banks__

__1524 Jones St__

__Grandview, MO 64030__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 2641080

---

Copyright © Financial Software Solutions, LLC                                                                                      BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)*

---

| 3.28<br>2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Victoria Price**

**5402 Swope Pkwy**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

Description

Loan No. 2642796

---

| 3.28<br>3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jordan Dame**

**1404 NE Parvin Rd, Apt 305**

**Kansas City, MO 64116**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

Description

Loan No. 2657445

---

Debtor    **Barton Creek Auto Credit, LLC**
Name      Case number *(if known)* _____

---

**3.28 4**

**Nonpriority creditor's name and mailing address**

**Tim Plafcan**

**951 Owl Creek Pkwy**

**Odessa, MO 64076**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2662460

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.28 5**

**Nonpriority creditor's name and mailing address**

**Darren Lewis**

**5405 E 84th Terrace**

**Kansas City, MO 64132**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2668158

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

Debtor  __**Barton Creek Auto Credit, LLC**__  Case number *(if known)* _____
        Name

| | |
|---|---|
| **3.28 6** | |

**Nonpriority creditor's name and mailing address**

__**Troy Jimerson**__

__**9108 E 90th Terr**__

__**Kansas City, MO 64138**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Description**

Loan No. 2676227

---

| | |
|---|---|
| **3.28 7** | |

**Nonpriority creditor's name and mailing address**

__**Panyin Jimmerson**__

_____

__**Kansas City, MO 64138**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Description**

Loan No. 2676227

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.28 8**

**Nonpriority creditor's name and mailing address**

**Abriel Halliburton**

**3626 Bales**

**Kansas City, MO 64128**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2677892

---

**3.28 9**

**Nonpriority creditor's name and mailing address**

**Lamontika Baker**

**6403 N Wayne Ave**

**Kansas City, MO 64118**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2715372

---

Copyright © Financial Software Solutions, LLC                                                                                     BlueStylus

Debtor     __Barton Creek Auto Credit, LLC__     Case number *(if known)* _____

Name

---

**3.29 0**

**Nonpriority creditor's name and mailing address**

__William Russell__

__1022 E TC LEA RD__

__Independence, MO 64050__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2723607

---

**3.29 1**

**Nonpriority creditor's name and mailing address**

__Rebecca Russell__

__1022 E TC LEA RD__

__Independence, MO 64050__

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 2723607

---

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**      Case number *(if known)* _____

Name

---

**3.29 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Leanna Morgan** | ☐ Contingent |
| | ☐ Unliquidated |
| **1818 NE 49th St** | ☐ Disputed |
| **Kansas City, MO 64118** | |

$ _____ **Unknown**

| | | |
|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Loan No. 2731320 |
| _____ | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** | |
| | ■ No | |
| | ☐ Yes | |

---

**3.29 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Brittany Hanna** | ☐ Contingent |
| | ☐ Unliquidated |
| **411 Cypress St** | ☐ Disputed |
| **Kansas City, MO 64124** | |

$ _____ **Unknown**

| | | |
|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Loan No. 2736157 |
| _____ | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** | |
| | ■ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor   __Barton Creek Auto Credit, LLC__          Case number *(if known)* _____
         Name

---

**3.29
4**

**Nonpriority creditor's name and mailing address**

__Benjamin Margrove__

__3923 N River Blvd__

__Independence, MO 64050__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __Unknown__

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2746402

---

**3.29
5**

**Nonpriority creditor's name and mailing address**

__Darnell Cooper__

__613 E 29th St__

__Kansas City, MO 64109__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ __Unknown__

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 2772898

---

Debtor  **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)* _____

| **3.29 6** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marquelle Harris**

**2301 E 41st**

**Kansas City, MO 64128**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2783745

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| **3.29 7** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rhiannon Edwards**

**14907 Grand Summit Blvd #106**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 2792340

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Barton Creek Auto Credit, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.29 8**

**Nonpriority creditor's name and mailing address**

**Walter Wyatt**

**2604 N Liberty**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 3114713

---

**3.29 9**

**Nonpriority creditor's name and mailing address**

**Warnita Graves**

**5842 Hunter Ct**

**Raytown, MO 64133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 80500314

---

Debtor   **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
         Name

| **3.30 0** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Tharp**

**2111 Crescent Dr**

**Liberty, MO 64068**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 81600123

---

| **3.30 1** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jordan Osladil**

**833 S Locust St**

**Ottawa, KS 66067**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 81600204

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.30 2**

**Nonpriority creditor's name and mailing address**

**Glenda Aybar-Rodriguez**

**5310 Yecker Ave**

**Kansas City, KS 66104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 81600226

---

**3.30 3**

**Nonpriority creditor's name and mailing address**

**Bryan Thomas**

**5909 Larson**

**Kansas City, MO 64133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 81602233

---

Debtor    **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
          Name

---

**3.30 4**

**Nonpriority creditor's name and mailing address**

**Keith White**

**32 Lane P**

**De Soto, KS 66018**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 81600271

---

**3.30 5**

**Nonpriority creditor's name and mailing address**

**Kevin Scott**

**7910 N Grandby Ave, Apt 17**

**Kansas City, MO 64151**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 81600294

---

Copyright © Financial Software Solutions, LLC                                                                                BlueStylus

Debtor **Barton Creek Auto Credit, LLC**
          Name

Case number *(if known)* _____

---

**3.30 6**

**Nonpriority creditor's name and mailing address**

**Joyce McNeal**

**2418 Park Ave**

**Kansas City, MO 64128**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 81600300

---

**3.30 7**

**Nonpriority creditor's name and mailing address**

**Christina Miller**

**19118 37th Terr, Apt 5**

**Independence, MO 64057**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 81600307

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
Name

| 3.30 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Lejuan Miller**

**19118 37th Terr, Apt 5**

**Independence, MO 64057**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

| Description |
|---|
| Loan No. 81600307 |

---

| 3.30 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Denae Woods**

**5739 S Benton Ave**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

| Description |
|---|
| Loan No. 81600317 |

---

Debtor  **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
 _____
 Name

**3.310**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Amanda Byers**

**620 N Hocker Ave, Apt B**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 81600327

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.311**

**Nonpriority creditor's name and mailing address**

**Ashli Gregory**

**2002 E 69th St**

**Kansas City, MO 64132**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 81600332

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.31 2**

**Nonpriority creditor's name and mailing address**

**Peninah Ruto**

**10333 Earnshaw**

**Lenexa, KS 66215**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 81600333

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.31 3**

**Nonpriority creditor's name and mailing address**

**Kevon Harris**

**6715 Martha Truman Rd**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 81600339

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                BlueStylus

| Debtor | Barton Creek Auto Credit, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.31 4**

**Nonpriority creditor's name and mailing address**

**Jerimiah Boley**

**1016 SW Shady Lane**

**Grain Valley, MO 64029**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 81600343

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

**3.31 5**

**Nonpriority creditor's name and mailing address**

**Leland Quint**

**39701 E JW Cummins Road**

**Oak Grove, MO 64075**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 81600352

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.31 6**

**Nonpriority creditor's name and mailing address**

**Lakendra Griswold**

**5901 Lexington Ave**

**Kansas City, MO 64123**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 81600354

---

**3.31 7**

**Nonpriority creditor's name and mailing address**

**Jerry Ryan**

**816 New Jersey Ave**

**Kansas City, KS 66101**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 81600367

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor **Barton Creek Auto Credit, LLC**
_____
Name

Case number *(if known)* _____

---

**3.31 8**

**Nonpriority creditor's name and mailing address**

**Donesha Allen**
_____

**808 E 100th Terr, Apt 217**
_____

**Kansas City, MO 64131**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 81600383

---

**3.31 9**

**Nonpriority creditor's name and mailing address**

**Patrick Cox**
_____

**114 S Saxony Dr**
_____

**Olathe, KS 66061**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 81600384

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor  __Barton Creek Auto Credit, LLC__                                    Case number (if known) _____
Name

---

**3.320**

**Nonpriority creditor's name and mailing address**

__Donshee Ashford__

__1501 W 25th CRT. 4__

__Lawrence, KS 66046__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
__Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley__

**Description**

Loan No. 81600391

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.321**

**Nonpriority creditor's name and mailing address**

__Shanika Goday__

__2508 W 43rd Ave__

__Kansas City, KS 66103__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
__Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley__

**Description**

Loan No. 81600393

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor __**Barton Creek Auto Credit, LLC**_____  Case number *(if known)* _____
      Name

| 3.32 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

__**Danny Brown**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__**33720 CR 260**_____

__**De Witt, MO 64639**_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 81600399

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.32 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|---|

__**Jacueline Jarmillo**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__**704 N 57th St**_____

__**Kansas City, KS 66102**_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 81600403

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor    __Barton Creek Auto Credit, LLC__            Case number *(if known)* _____
        Name

---

| 3.32 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rosiland Holloway**

**8142 Troost**

**Kansas City, MO 64109**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 81600409

---

**Nonpriority creditor's name and mailing address**

3.32 5

**Jeremy Eiland**

**907 N Yuma**

**Independence, MO 64053**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 81600411

---

Copyright © Financial Software Solutions, LLC         BlueStylus

Debtor _____**Barton Creek Auto Credit, LLC**_____     Case number *(if known)* _____
             Name

---

| **3.32 6** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Maura Murar**

**15404 Bellaire Ave**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 81600412

---

| **3.32 7** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Juan Mendez-Pinon**

**802 S Noland Rd 1C**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 81600414

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.32 8**

**Nonpriority creditor's name and mailing address**

**Matthew Winbinger**

**6800 E 135th St**

**Grandview, MO 64030**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500103

---

**3.32 9**

**Nonpriority creditor's name and mailing address**

**Anthony Brown**

**10102 Hillcrest Rd**

**Kansas City, MO 64134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500106

---

Debtor  __**Barton Creek Auto Credit, LLC**__          Case number *(if known)* _____
Name

---

**3.330**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ **Unknown** |
| --- | --- | --- |
| | Check all that apply. | |

**Jose Garcia**

**1405 N Osage Trail**

**Independence, MO 64058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500107

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.331**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ **Unknown** |
| --- | --- | --- |
| | Check all that apply. | |

**Slafka Contreras**

**808 SW Stablewood Cir**

**Lees Summit, MO 64081**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500107

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor  **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)*

---

**3.33
2**

**Nonpriority creditor's name and mailing address**

**Derrick Melson**

**8902 Manchester Ave**

**Kansas City, MO 64138**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500109

---

**3.33
3**

**Nonpriority creditor's name and mailing address**

**Estella Brown**

**7901 Manchester Ave, Apt 1**

**Kansas City, MO 64138**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500113

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.33 4**

**Nonpriority creditor's name and mailing address**

**Jessie Bradley**

**11402 Manchester Ave**

**Kansas City, MO 64134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500115

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.33 5**

**Nonpriority creditor's name and mailing address**

**Angela Mays**

**518 N Hocker Terrace**

**Independence, MO 64050**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500116

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.336**

**Nonpriority creditor's name and mailing address**

**Patrick O'Donovan**

**808 Cimarron Trail**

**Belton, MO 64012**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ Unknown

**Description**
Loan No. 82500117

---

**3.337**

**Nonpriority creditor's name and mailing address**

**Chad Robertson**

**5213 NE 50th St**

**Kansas City, MO 64119**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ Unknown

**Description**
Loan No. 82500118

---

Copyright © Financial Software Solutions, LLC

| Debtor | Barton Creek Auto Credit, LLC | Case number (if known) |
|--------|-------------------------------|------------------------|
|        | Name                          |                        |

---

**3.33 8**

**Nonpriority creditor's name and mailing address**

**Nathan Bunton**

**9104 W 69th St**

**Overland Park, KS 66204**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500126

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.33 9**

**Nonpriority creditor's name and mailing address**

**Janice Wilson**

**PO BOX 1409**

**Jefferson City, MO 65102**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500129

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor     __Barton Creek Auto Credit, LLC__                          Case number *(if known)* _____
                  Name

| | |
|---|---|

**3.34 0**

**Nonpriority creditor's name and mailing address**

__Fuonbai Dauda__

__11300 Indiana Ave__

__Kansas City, MO 64137__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82500133

---

**3.34 1**

**Nonpriority creditor's name and mailing address**

__Layonda Morgan__

__8308 Grandview Lane__

__Overland Park, KS 66212__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82500137

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | Barton Creek Auto Credit, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.34 2**

**Nonpriority creditor's name and mailing address**

**Austin Miller**

**1473 N 1800 Rd**

**Carterville, MO 64835**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500201

---

**3.34 3**

**Nonpriority creditor's name and mailing address**

**Keith Burris**

**400 E 80th**

**Kansas City, MO 64131**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500205

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.34 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| | Check all that apply. | $ _____ **Unknown** |
| **Lakeasha Williams** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **7107 Myrtle** | ☐ Disputed | |
| **Kansas City, MO 64132** | | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Loan No. 82500217 |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** | |
| | ☐ No | |
| | ☐ Yes | |

---

**3.34 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|
| | Check all that apply. | $ _____ **Unknown** |
| **Damon Shears** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **4150 Peaseo, Apt 205** | ☐ Disputed | |
| **Kansas City, MO 64110** | | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Loan No. 82500219 |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** | |
| | ■ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**
_____  Case number *(if known)* _____
Name

**3.34 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Kenneth King** | ☐ Contingent | |
| **4545 S Mill St** | ☐ Unliquidated | |
| **Independence, MO 64055** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:**<br>**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | **Description**<br>Loan No. 82500221 |
|---|---|---|
| _____ | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.34 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **Marlon Cole** | ☐ Contingent | |
| **8801 E 72nd St** | ☐ Unliquidated | |
| **Raytown, MO 64133** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:**<br>**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | **Description**<br>Loan No. 82500223 |
|---|---|---|
| _____ | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.34 8**

**Nonpriority creditor's name and mailing address**

**Frank Declue**

**4110 Anderson Ave**

**Kansas City, MO 64123**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500229

---

**3.34 9**

**Nonpriority creditor's name and mailing address**

**Carl Spurgeon**

**3001 Englewood Terr**

**Independence, MO 64052**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500231

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Barton Creek Auto Credit, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.350**

**Nonpriority creditor's name and mailing address**

**Cameron Bolton**

**1710 Lakewood Terrance**

**Belton, MO 64012**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500233

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.351**

**Nonpriority creditor's name and mailing address**

**JT Johnson**

**14101 E 49th Terr #B**

**Kansas City, MO 64136**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500235

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.35.2**

**Nonpriority creditor's name and mailing address**

**Courtney Walker**

**1631 Citadel Dr, Apt 89**

**Kansas City, MO 64110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Loan No. 82500250

---

**3.35.3**

**Nonpriority creditor's name and mailing address**

**Jose Favela-Mesta**

**6511 E 9th St**

**Kansas City, MO 64125**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Loan No. 82500253

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.35 4**

**Nonpriority creditor's name and mailing address**

**Joe Dean**

**5403 Wayne Ave**

**Kansas City, MO 64110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500255

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.35 5**

**Nonpriority creditor's name and mailing address**

**Vanessa Dillard**

**1306 E 59th**

**Kansas City, MO 64110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

LOan No. 82500270

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Barton Creek Auto Credit, LLC**
       Name

Case number *(if known)*

---

| **3.35 6** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Kleigh Stith**

**6296 Pennslvannia Ave**

**Kansas City, MO 64118**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82500271

---

| **3.35 7** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Garee Houston**

**4149 Hardesty Ave**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82500274

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.358**

**Nonpriority creditor's name and mailing address**

**Anthony Barrett**

**2824 S Appleton Ave**

**Independence, MO 64052**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500281

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.359**

**Nonpriority creditor's name and mailing address**

**Brittany Jones**

**5827 Chestnut Ave**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500284

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor _____**Barton Creek Auto Credit, LLC**_____     Case number *(if known)* _____
Name

| 3.36 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marcus Foster**

**11360 Delmar Street**

**Kansas City, MO 64134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500289

---

| 3.36 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cynthis Harvey**

**207 Garfield Ave**

**Kansas City, MO 64124**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500294

---

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor  __**Barton Creek Auto Credit, LLC**__  Case number *(if known)* _____
Name

---

**3.36 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Nicolas Higginbotham** | ☐ Contingent |
| | ☐ Unliquidated |
| **9600 E 43rd St** | ☐ Disputed |
| **Kansas City, MO 64133** | |

$ _____ **Unknown**

| | | |
|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Loan No. 82500300 |
| _____ | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| _____ | ☑ No | |
| | ☐ Yes | |

---

**3.36 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Sayra Williams** | ☐ Contingent |
| | ☐ Unliquidated |
| **1903 E 24th Ter** | ☐ Disputed |
| **Kansas City, MO 64127** | |

$ _____ **Unknown**

| | | |
|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | Loan No. 82500302 |
| _____ | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| _____ | ☑ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor **Barton Creek Auto Credit, LLC**                          Case number *(if known)* _____
         Name

| 3.36 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Debby Pham**

**413 N Church St**

**Kansas City, KS 66061**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description**
Loan No. 82500303

---

| 3.36 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |

**Marguarite Vaughn**

**4212 E 62nd St**

**Kansas City, MO 64130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description**
Loan No. 82500306

---

Debtor   **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)*

---

**3.36 6**

**Nonpriority creditor's name and mailing address**

**Tiffany Price**

**3926 Indiana Ave**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82500313

---

**3.36 7**

**Nonpriority creditor's name and mailing address**

**Marguarite Henderson**

**6025 E 40th Terr**

**Kansas City, MO 64129**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82500316

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                                    Case number *(if known)*
Name

---

**3.36 8**

**Nonpriority creditor's name and mailing address**

**Christy Looney**

**5843 E 19th Terr**

**Kansas City, MO 64126**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                              **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500319

---

**3.36 9**

**Nonpriority creditor's name and mailing address**

**Gary Looney**

**5843 E 19th Terr**

**Kansas City, MO 64126**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                              **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500319

---

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
          Name

---

**3.37 0**

**Nonpriority creditor's name and mailing address**

**Billie Simmons**

**7044 N Olive St, Apt D**

**Kansas City, MO 64118**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500320

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.37 1**

**Nonpriority creditor's name and mailing address**

**Christopher Fuqua**

**2919 Benton Plaza Pz**

**Kansas City, MO 64127**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500321

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

---

**3.37 2**

**Nonpriority creditor's name and mailing address**

**Christopher Hilton**

**707 Oakwood St**

**Harrisonville, MO 64701**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Loan No. 82500322

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

Debtor __**Barton Creek Auto Credit, LLC**_____     Case number *(if known)* _____
Name

---

**3.37
3**

**Nonpriority creditor's name and mailing address**

__**Darryl Carter**_____

__**5007 S Fuller Ave**_____

__**Independence, MO 64055**_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____**Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500323

---

**3.37
4**

**Nonpriority creditor's name and mailing address**

__**Andrea Jones**_____

__**7912 Prospect**_____

__**Kansas City, MO 64132**_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____**Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500324

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor   **Barton Creek Auto Credit, LLC**                                Case number *(if known)* _____
_____
Name

| **3.37 5** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Ashlock**

**1908 E 24th St**

**Kansas City, MO 64127**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500331

---

| **3.37 6** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tasheeka Daniels**

**7704 E 112th Terrance**

**Kansas City, MO 64134**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500334

---

Debtor    **Barton Creek Auto Credit, LLC**                                  Case number *(if known)* _____
          Name

---

**3.37 7**

**Nonpriority creditor's name and mailing address**

**Beverly Thibault**

**113 Elm Street**

**Buckner, MO 64016**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500335

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**3.37 8**

**Nonpriority creditor's name and mailing address**

**Dorothy Franklin**

**5148 Plamer Drive**

**Kansas City, MO 64129**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500336

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

Official Form 206E/F

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)* _____

| **3.379** | | |

**Nonpriority creditor's name and mailing address**

**Mattie Davis**

**1426 E 97th St, Apt A**

**Kansas City, MO 64131**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500338

---

| **3.380** | | |

**Nonpriority creditor's name and mailing address**

**Jamal Young**

**2915 Olive St**

**Kansas City, MO 64109**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500340

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor      **Barton Creek Auto Credit, LLC**                           Case number *(if known)*
            Name

| **3.38 1** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brandi Celestine**

**2050 Park Tower Dr**

**Kansas City, MO 64126**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                               Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500341

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| **3.38 2** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Clenisha Smith**

**8101 E 91st St**

**Kansas City, MO 64138**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                               Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500342

**Last 4 digits of account number**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.38 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $        **Unknown** |
|---|---|---|
| **Heather Mingo** | ☐ Contingent | |
| **605 E Kansas Ave** | ☐ Unliquidated | |
| **Independence, MO 64050** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | **Description** **Loan No. 82500344** |
|---|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

---

**3.38 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $        **Unknown** |
|---|---|---|
| **James Boyd** | ☐ Contingent | |
| **4001 Oakley Ave** | ☐ Unliquidated | |
| **Kansas City, MO 64130** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** **Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley** | **Description** **Loan No. 82500345** |
|---|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

Debtor      __Barton Creek Auto Credit, LLC__                                    Case number *(if known)* _____
                   Name

**3.38 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Deaha Neal**

**6312 Raytown Rd**

**Kansas City, MO 64133**

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**
Loan No. 82500346

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☑ Yes

---

**3.38 6**

**Nonpriority creditor's name and mailing address**

**Rebecca Dewitt**

**4031 Olive St**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**
Loan No. 82500347

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☑ Yes

---

Debtor    **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
Name

---

**3.38 7**

**Nonpriority creditor's name and mailing address**

**Christopher Blaylock**

**6411 Manchester Ave, Apt 6**

**Raytown, MO 64133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                                    **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

| Loan No. 82500348 |

---

**3.38 8**

**Nonpriority creditor's name and mailing address**

**Shavonda Mayfield**

**1501 Citadel Dr, Apt 47**

**Kansas City, MO 64110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                                    **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**      _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

| Loan No. 82500350 |

---

| Debtor | Barton Creek Auto Credit, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.389**

**Nonpriority creditor's name and mailing address**

**Chelsie Markley**

**1406 Cudmore Ave**

**Saint Joseph, MO 64503**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500353

---

**3.390**

**Nonpriority creditor's name and mailing address**

**Brittany Sule**

**4239 E 61st St**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500358

---

Debtor  **Barton Creek Auto Credit, LLC**
Name

Case number *(if known)*

| **3.39 1** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Lark**

**5707 Swope Pkwy**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500361

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| **3.39 2** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vickey Allen**

**8701 Buckingham Ln, Apt 9**

**Kansas City, MO 64138**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500362

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor  __**Barton Creek Auto Credit, LLC**__  Case number *(if known)* _____

Name

---

| 3.39 3 |
|---|

**Nonpriority creditor's name and mailing address**

__**Tiera Block**__

__**2209 Booth Ave**__

__**Kansas City, MO 64125**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82500364

---

| 3.39 4 |
|---|

**Nonpriority creditor's name and mailing address**

__**Austin Bersch**__

__**11012 Booth Ave**__

__**Kansas City, MO 64134**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82500366

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

Debtor    __Barton Creek Auto Credit, LLC__                                    Case number *(if known)* _____
                    Name

**3.39 5**

**Nonpriority creditor's name and mailing address**

**Mark Adams**

**6012 Burcain Pl, Apt A**

**Gladstone, MO 64118**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500368

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.39 6**

**Nonpriority creditor's name and mailing address**

**Demetra Glaze**

**400 Lakewood Terr #204**

**Belton, MO 64012**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Description**

Loan No. 82500371

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|--------|-----------------------------------|-----------|--|
| | Name | | |

---

**3.397**

**Nonpriority creditor's name and mailing address**

**Debra O'Connel**

**125 Kelli Cl**

**Hollister, MO 65672**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500375

---

**3.398**

**Nonpriority creditor's name and mailing address**

**Brittshay Kelley**

**1207 E 80th Terr**

**Kansas City, MO 64131**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500377

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor    __Barton Creek Auto Credit, LLC__    Case number *(if known)* _____
          Name

| **3.399** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tony Long**

**7200 Crisp Ave**

**Kansas City, MO 64133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500381

| **3.400** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peggy Stevenson**

**3802 Bellefontaine Ave**

**Kansas City, MO 64128**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82500383

Debtor  **Barton Creek Auto Credit, LLC**  Case number *(if known)* _____
Name

| 3.40 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Chantel Crawford**

**210 W 100th Terr**

**Kansas City, MO 64154**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82500387

---

| 3.40 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Martes Allen**

**15405 E 48th Terr**

**Kansas City, MO 64156**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82500387

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor __**Barton Creek Auto Credit, LLC**_____ Case number *(if known)* _____

Name

---

**3.40 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ _____ **Unknown** |

**Tavanake Melancon**

**1701 Francis St**

**Saint Joseph, MO 64501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Description**

Loan No. 82500393

---

**3.40 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ _____ **Unknown** |

**Desiree Knott**

**10013 D 74th Terr**

**Raytown, MO 64138**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Description**

Loan No. 82500393

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
          Name

---

**3.40 5**

**Nonpriority creditor's name and mailing address**

**Ayanna Feaster**

**7406 Arleta BV**

**Kansas City, MO 64132**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500394

---

**3.40 6**

**Nonpriority creditor's name and mailing address**

**John Torrence**

**6821 Chestnut Ave**

**Kansas City, MO 64132**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500397

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                          Case number *(if known)* _____
Name

| **3.40 7** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brent Nabors**

**6121 Jackson Ave**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500398

---

| **3.40 8** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winfred Carter**

**6816 Crab Apple 15**

**Kansas City, MO 64129**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Loan No. 82500400

---

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.409**

**Nonpriority creditor's name and mailing address**

**Isiah Wilson**

**10012 Freemont Ave**

**Kansas City, MO 64134**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Loan No. 82500404

---

**3.410**

**Nonpriority creditor's name and mailing address**

**Beverlee Kitchen**

**8343 Paseo Blvd**

**Kansas City, MO 64131**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ _____ **Unknown**

**Description**

Loan No. 82500409

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.41.1**

**Nonpriority creditor's name and mailing address**

**Cierra Dockery**

**3313 E 52nd St**

**Kansas City, MO 64130**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82773017

---

**3.41.2**

**Nonpriority creditor's name and mailing address**

**Donna Smith**

**15 Daisy Ln**

**Belton, MO 64012**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

■ No
☐ Yes

**Description**

Loan No. 82790397

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.41 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Maurice Edwards**
_____

**14907 Grand Summit Blvd #106**
_____

**Grandview, MO 64030**
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82792340

---

| 3.41 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Larry Long**
_____

**15405 E 3rd Terrace South**
_____

**Independence, MO 64050**
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **Unknown**

**Basis for the claim:**
**Potential Class Member in Barton Creek Auto Credit, LLC v. Jessie Bradley**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description**

Loan No. 82801163

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| 4.1 **Angle Wilson Law LLP**<br>**920A East Broadway**<br>**Suite 205**<br>**Columbia, MO 65201** | Line **3.98**<br>☐ Not listed. Explain<br>_____ | _____ |

---

Debtor    **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
_____
          Name

**4.2**  **Internal Revenue Service (IRS)**          Line _____
        **Centralized Insolvency Office**           ■ Not listed. Explain
        **P.O. Box 7346**
        **Philadelphia, PA 19101-7346**             **Internal Revenue Service**
                                                    **(IRS)**

**4.3**  **Kansas Department of Revenue**           Line _____
        **PO Box 3506**                             ■ Not listed. Explain
        **Topeka, KS 66625-3506**
                                                    **Bankruptcy Unit - Kansas**
                                                    **Department of Revenue**

**4.4**  **Kansas Office of the State Bank Commissioner**    Line _____
        **700 S.W. Jackson, Suite 300**             ■ Not listed. Explain
        **Topeka, KS 66603-3796**
                                                    **Audited Barton Creek Auto**
                                                    **Credit, LLC in 2019, 2021,**
                                                    **and 2022.**

**4.5**  **Missouri Department of Revenue**         Line _____
        **Attn: Bankruptcy Unit**                   ■ Not listed. Explain
        **P.O. Box 475**
        **Jefferson City, MO 65105**                **Bankruptcy Unit for Missouri**
                                                    **Department of Revenue**

**4.6**  **Missouri Division of Finance**           Line _____
        **301 West High Street, Room 630**          ■ Not listed. Explain
        **P.O. Box 716**
        **Jefferson City, MO 65102-0716**           **Audited Barton Creek Auto**
                                                    **Credit, LLC in 2019 and 2022**

**4.7**  **RKB Law, LLC**                           Line    **3.129**
        **PO Box 7374**                             ☐ Not listed. Explain
        **Kansas City, MO 64116**

**4.8**  **Texas Comptroller of Public Accounts**  Line _____
        **Revenue Accounting Division - Bankruptcy**    ■ Not listed. Explain
        **Section**
        **P.O. Box 13528 Capitol Station**          **State Taxing Authorities - All**
        **Austin, TX 78711**                        **Divisions**

**4.9**  **Texas Office of Consumer Credit**        Line _____
        **Commissioner (OCCC)**                     ■ Not listed. Explain
        **2601 N Lamar Blvd**
        **Austin, TX 78705**                        **Audited Barton Creek Auto**
                                                    **Credit, LLC in 2019 and 2022**

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
| | Name | | |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**                    **Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | $ | 0.00 |
|---|---|---|---|---|

| 5b. | **Total claims from Part 2** | 5b. | **+** $ | 94,217.25 |
|---|---|---|---|---|

| 5c. | **Total of Parts 1 and 2** | 5c. | $ | 94,217.25 |
| | Lines 5a + 5b = 5c. | | | |

Copyright © Financial Software Solutions, LLC              BlueStylus

**Fill in this information to identify your case:**

Debtor Name __Barton Creek Auto Credit, LLC__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): _____    Chapter __7__

☑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — **Business copier** <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | **Sharp Business Systems** <br> PO Box 41602 <br> Philadelphia, PA 19101-1602 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest — **Collection Agency for Notes Receivable** <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | **Specified Credit Association 1, Inc.** <br> 2388 Schuetz Rd. <br> Suite A-100 <br> Saint Louis, MO 63146 |

**Fill in this information to identify your case:**

Debtor Name    **Barton Creek Auto Credit, LLC**

United States Bankruptcy Court for the:  **Western District of Texas**

Case number (*if known*):

☑ Check if this is an amended filing

# Official Form 206H

## Schedule H: Your Codebtors                                      12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.   **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2.   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify your case:**

Debtor name    **Barton Creek Auto Credit, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*if known*): _____

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

   ☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>1/1/2023</u> to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____ **1,094.70** |
| **For prior year:** | From <u>1/1/2022</u> to <u>12/31/2022</u><br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____ **9,597.99** |
| **For the year before that:** | From <u>1/1/2021</u> to <u>12/31/2021</u><br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____ **64,657.15** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM/DD/YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | _____ | $ _____ |

---

| Debtor | __Barton Creek Auto Credit, LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| **3.1** | _____<br>Creditor's Name | _____ | $ _____ | ☒ Secured debt<br>☒ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☒ Other _____ |
| | _____<br>Number     Street | _____ | | |
| | _____<br>City          State  ZIP Code | _____ | | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| **4.1** | _____<br>Insider's Name | _____ | $ _____ | |
| | _____<br>Number     Street | _____ | | |
| | _____<br>City          State  ZIP Code | _____ | | |
| | **Relationship to debtor**<br>_____ | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor  __Barton Creek Auto Credit, LLC_____  Case number *(if known)* _____
          Name

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | | | | |
| | Creditor's Name | | | $ _____ |
| | | | | |
| | Number    Street | | | |
| | | | | |
| | City              State   ZIP Code | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | | | | |
| | Creditor's Name | | | $ _____ |
| | | | | |
| | Number    Street | | | |
| | | Last 4 digits of account number: XXXX– _____ | | |
| | City              State   ZIP Code | | | |

---

| Part 3: | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | **Leland R. Quint v. Barton Creek Auto Credit, LLC** | **Petition for Damages** | **In the 16th Judicial Circuit Court, Jackson County, Missouri** | ■ Pending |
| | | | Creditor's Name | ■ On appeal |
| | **Case Number** | | | ■ Concluded |
| | **2216-CV00994** | | **308 W Kansas** | |
| | | | Number        Street | |
| | | | **Independence        MO    64050** | |
| | | | City              State   ZIP Code | |

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Barton Creek Auto Credit, LLC d/b/a Strategic Finance, LLC v. Jessie Bradley** | **Seeking to Collect on a Deficiency Owed.** | **In the 16th Judicial Circuit Court, Jackson County, Missouri**<br>Creditor's Name | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**7.2**

| Case Number | | | |
|---|---|---|---|
| **1816-CV06571** | | **308 W Kansas**<br>Number    Street | |
| | | **Independence       MO    64050**<br>City                      State   ZIP Code | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |

**8.1**

Custodian's name

| | Case title | Court name and address |
|---|---|---|

Number    Street

| | Case number | Court's Name |
|---|---|---|

City                      State   ZIP Code

| | Date of order or assignment | Number    Street |
|---|---|---|

| | | City                      State   ZIP Code |
|---|---|---|

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Copyright © Financial Software Solutions, LLC                                                                                                        BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| **9.1** | | | | $ |
| | Recipient's Name | | | |
| | | | | |
| | Number      Street | | | |
| | | | | |
| | City                State   ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | | | | |

---

## Part 5:  Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|---|
| **10.1** | | | | $ |

---

## Part 6:  Certain Payments or Transfers

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None

---

Copyright © Financial Software Solutions, LLC

Debtor    **Barton Creek Auto Credit, LLC**                                    Case number *(if known)* _____
          Name

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| **11.1** | **Hayward PLLC** | | | $ **4,500.00** |
| | Recipient's Name | | | |
| | **7600 Burnet Road, Suite 530** | | | |
| | Number      Street | | | |
| | **Austin                    TX      78757** | | | |
| | City                         State   ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| **12.1** | | | | $ |
| | **Trustee** | | | |
| | | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| **13.1** | | | | $ |
| | Recipient's Name | | | |
| | Number      Street | | | |
| | City                    State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**  Case number *(if known)* _____
Name

---

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|
| **15.1** _____ Facility Name | | |
| _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ Number      Street | | *Check all that apply:*  ■ Electronically  ■ Paper |
| _____ City            State   ZIP Code | | |

---

| **Part 9:** | **Personally Identifiable Information** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes.  State the nature of the information collected and retained.  **Name, Address, Telephone Number, SSN, and image of Driver's License**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ■ No. Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | |

Has the plan been terminated?

☑ No
☑ Yes

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| **18.1** | _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State   ZIP Code | XXXX– ____ | ☑ Checking<br>☑ Savings<br>☑ Money market<br>☑ Brokerage<br>☑ Other _____ | _____ | $ _____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **19.1** | _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State   ZIP Code | **Address** | | ■ No<br>☑ Yes |

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | __Barton Creek Auto Credit, LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1** _____<br>Name | | | ☒ No<br>■ Yes |
| | **Address** | | |
| _____<br>Number    Street | | | |
| _____<br>City        State  ZIP Code | | | |

---

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** _____<br>Owner's Name | | | $ _____ |
| _____<br>Number    Street | | | |
| _____<br>City        State  ZIP Code | | | |

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No
   ☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| **22.1** | | Name | | ☐ Pending |
| | **Case Number** | | | ☐ On appeal |
| | | Number    Street | | ☐ Concluded |
| | | City                    State   ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | Name | Name | | |
| | Number    Street | Number    Street | | |
| | City          State   ZIP Code | City          State   ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Provide details below.

Debtor  __**Barton Creek Auto Credit, LLC**__    Case number *(if known)* _____
          Name

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | | | | _____ |
| | Name | Name | | |
| | Number    Street | Number    Street | | |
| | City         State   ZIP Code | City         State   ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| **25.1** | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | Number    Street | | From _____ To __**Present**__ |
| | City      State   ZIP Code | | |

26. **Books, records, and financial statements**

    26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

      ■ None

| | Name and address | Dates of service |
|---|---|---|
| **26a.1** | | From _____ To __**Present**__ |
| | Name | |
| | Number     Street | |
| | City                      State    ZIP Code | |

    26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

      ■ None

---

Copyright © Financial Software Solutions, LLC
                                                                   BlueStylus

| Debtor | **Barton Creek Auto Credit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and address | Dates of service |
|---|---|---|
| **26b.1** | **Estes & Associates, LLC** | From _____ To **Present** |
| | Name | |
| | **Attn: Kathy Bonuchi** | |
| | **3702 W. Truman Blvd.** | |
| | Number      Street | |
| | **Jefferson City**          **MO**     **65109** | |
| | City                              State    ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| **26c.1** | **Barton Creek Auto Credit Holdings, LLC** | |
| | Name | |
| | **21701 Interstate 35** | |
| | Number      Street | |
| | **Kyle**          **TX**     **78640** | |
| | City                              State    ZIP Code | |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| **26c.2** | **Estes & Associates, LLC** | |
| | Name | |
| | **Attn: Kathy Bonuchi** | |
| | **3702 W. Truman Blvd.** | |
| | Number      Street | |
| | **Jefferson City**          **MO**     **65109** | |
| | City                              State    ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| | Name and address |
|---|---|
| **26d.1** | |
| | Name |
| | |
| | Number      Street |
| | |
| | City                              State    ZIP Code |

27.   **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

---

Debtor  **Barton Creek Auto Credit, LLC**                                          Case number *(if known)* _____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | _____ | $ _____ |

**27.1** | Name and address of the person who has possession of inventory records |
_____
Name

_____
Number        Street

_____
City                          State    ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Kelly Stump | 4415 Speedway Austin, TX 78751 | Managing Member | 3.01 |
| 28.2 | Vernon Stump | 47203 Highway 118 Alpine, TX 79830 | Managing Member | 24.90 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | | | | From _____ To **Present** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor  **Barton Creek Auto Credit, LLC**                    Case number *(if known)* _____
_____
Name

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| **30.1** | | | | |
| | Recipient's Name | | | |
| | _____ | | | |
| | Number      Street | | | |
| | _____ | | | |
| | City              State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

31.  **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32.  **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **4/14/2023**
                          MM/DD/YYYY

✗  **/s/ Kelly Stump**                              Printed name  **Kelly Stump**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

# United States Bankruptcy Court

### Western District of Texas

In re  **Barton Creek Auto Credit, LLC**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **4/14/2023**

**/s/ Kelly Stump**
**Kelly Stump**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

Aaron Martinez
10107 Central St, Apt 103
Kansas City, MO 64114


Abriel Halliburton
3626 Bales
Kansas City, MO 64128


Adam Barber
904 Quail Creek Drive
Independence, MO 64055


Adam Lee Nguyen
8001 Tantara Ct
Austin, TX 78729


Adam Reed
14068 Mountain Taber Road
Odessa, MO 64076


Adonaria Robinson
18508 E 3rd St Ct N
Independence, MO 64056


Adriana Saldona
3244 Morrell Ave
Kansas City, MO 64123


Allyson Maxwell
1304 SE Rosehill Dr
Lees Summit, MO 64081


Alyssa Soto
11707 Vance Jackson Rd
San Antonio, TX 78229

Copyright © Financial Software Solutions, LLC

**Amanda Byers**
**620 N Hocker Ave, Apt B**
**Independence, MO 64050**


**Amanda Paris**
**18205 East 51st Street Ct D**
**Independence, MO 64055**


**Amia Norton**
**8822 Highland Ave**
**Kansas City, MO 64132**


**Andia Ammons**
**14419 Craig Ave**
**Grandview, MO 64030**


**Andrea Jones**
**7912 Prospect**
**Kansas City, MO 64132**


**Andrew Carrillo**
**8720 PFlumm Court, Apt 202**
**Lenexa, KS 66215**


**Angela Mays**
**518 N Hocker Terrace**
**Independence, MO 64050**


**Angelisha Hudson**
**12910 E 40 Highway**
**Independence, MO 64055**


**Angle Wilson Law LLP**
**920A East Broadway**
**Suite 205**
**Columbia, MO 65201**

Copyright © Financial Software Solutions, LLC

**Anthony Barrett**
**2824 S Appleton Ave**
**Independence, MO 64052**


**Anthony Braxton**
**14316 E Kentucky**
**Independence, MO 64055**


**Anthony Brown**
**10102 Hillcrest Rd**
**Kansas City, MO 64134**


**Anthony Dismuke**
**208 N Willow**
**Independence, MO 64054**


**Anthony Wise**
**9930 Harrison St**
**Kansas City, MO 64131**


**April Graves**
**301 West 132st**
**Kansas City, MO 64145**


**April Sanders**
**2109 Swisher Dr**
**Clinton, MO 64735**


**Aquisha Frazier**
**311 NE 94th Street, Apt 260**
**Kansas City, MO 64155**


**Arthur Maples**
**11804 Summit Camp Road**
**Lexington, MO 64067**

Copyright © Financial Software Solutions, LLC

**Ashley Lyles**
**5924 Cypress Pl**
**Kansas City, MO 64130**


**Ashley Williams**
**7247 NE 47 Terr**
**Kansas City, MO 64117**


**Ashli Gregory**
**2002 E 69th St**
**Kansas City, MO 64132**


**Aundrenecca Walker**
**9908 Locust St**
**Kansas City, MO 64131**


**Austin Bersch**
**11012 Booth Ave**
**Kansas City, MO 64134**


**Austin Brown**
**1101 Harlington Place, Apt 5**
**Blue Springs, MO 64015**


**Austin Miller**
**1473 N 1800 Rd**
**Carterville, MO 64835**


**Ayanna Feaster**
**7406 Arleta BV**
**Kansas City, MO 64132**


**Ayisha Pena**
**3919 Perrin Central Blvd., Apt. 1214**
**San Antonio, TX 78217**

Copyright © Financial Software Solutions, LLC

**Benjamin Margrove**
**3923 N River Blvd**
**Independence, MO 64050**

**Beverlee Kitchen**
**8343 Paseo Blvd**
**Kansas City, MO 64131**

**Beverly Thibault**
**113 Elm Street**
**Buckner, MO 64016**

**Billie Simmons**
**7044 N Olive St, Apt D**
**Kansas City, MO 64118**

**Blythe Harper**
**16616 E 3rd Terr N**
**Independence, MO 64056**

**Brandi Celestine**
**2050 Park Tower Dr**
**Kansas City, MO 64126**

**Brandon Hood**
**8004 E 130th St**
**Grandview, MO 64030**

**Brandon Lindsey**
**721 N Liberty St**
**Independence, MO 64050**

**Brandy Terry**
**912 Benton Blvd**
**Kansas City, MO 64127**

Copyright © Financial Software Solutions, LLC

**Brenda Hastings**
**5320 Appleton Ave**
**Kansas City, MO 64133**

**Brenda Minter**
**3516 Spruce St**
**Kansas City, MO 64109**

**Brent Nabors**
**6121 Jackson Ave**
**Kansas City, MO 64130**

**Brian Claypool**
**4495 SE 69 Hiway**
**Lathrop, MO 64465**

**Brieta Tipton**
**3732 NE Ellison Dr**
**Lees Summit, MO 64064**

**Brigitte Emerson**
**1818 E 79th Street**
**Kansas City, MO 64032**

**Brittany Hanna**
**411 Cypress St**
**Kansas City, MO 64124**

**Brittany J. Clark**
**3315 Benton Blvd**
**Kansas City, MO 64128**

**Brittany Jones**
**5827 Chestnut Ave**
**Kansas City, MO 64130**

Copyright © Financial Software Solutions, LLC

**Brittany Maldonado**
**628 Myrtle**
**Kansas City, MO 64124**


**Brittany Sule**
**4239 E 61st St**
**Kansas City, MO 64130**


**Brittshay Kelley**
**1207 E 80th Terr**
**Kansas City, MO 64131**


**Brooke Jacks**
**1801 SE Timbercreek Ct**
**Blue Springs, MO 64014**


**Bryan Thomas**
**5909 Larson**
**Kansas City, MO 64133**


**Calvin Poke**
**11007 Beacon Ave**
**Kansas City, MO 64134**


**Cameron Bolton**
**1710 Lakewood Terrance**
**Belton, MO 64012**


**Cameron Gilstrap**
**322 Dundee Rd**
**Smithville, MO 64089**


**Cameron Ray**
**11210 Puttman St**
**Independence, MO 64054**

Copyright © Financial Software Solutions, LLC

**Carl Johnson**
**2516 Troost, Apt 102**
**Kansas City, MO 64108**

**Carl Spurgeon**
**3001 Englewood Terr**
**Independence, MO 64052**

**Carly Walton**
**532 Stone Arch Dr**
**Independence, MO 64052**

**Catherine Smith**
**3609 Blue Ridge, Apt 2**
**Grandview, MO 64030**

**Cedric Williams**
**1620 Spruce**
**Kansas City, MO 64127**

**Celinda Rogers**
**2080 SE Red Lane**
**Lathrop, MO 64465**

**Chad Robertson**
**5213 NE 50th St**
**Kansas City, MO 64119**

**Chandra Schwartz**
**203 East Porter**
**Kirksville, MO 63501**

**Chanille Madden**
**10008 E 60th Terrace**
**Kansas City, MO 64133**

Copyright © Financial Software Solutions, LLC

**Chantel Crawford**
**210 W 100th Terr**
**Kansas City, MO 64154**

**Charles Watkins**
**1708 E 60th St**
**Kansas City, MO 64110**

**Charlie Futrell**
**600 E Ash**
**Raymore, MO 64083**

**Charmus Bell**
**8822 Flora Ave**
**Kansas City, MO 64131**

**Chase**
**P.O Box 15298**
**Wilmington, DE 19850**

**Chelsie Markley**
**1406 Cudmore Ave**
**Saint Joseph, MO 64503**

**Chistina Strother**
**5201 E 7th St, Apt A**
**Kansas City, MO 64124**

**Christina Lark**
**5707 Swope Pkwy**
**Kansas City, MO 64130**

**Christina Miller**
**19118 37th Terr, Apt 5**
**Independence, MO 64057**

Copyright © Financial Software Solutions, LLC

Christina R. Enrique
4039 Coral Sunrise
San Antonio, TX 78244

Christopher Ashlock
1908 E 24th St
Kansas City, MO 64127

Christopher Blaylock
6411 Manchester Ave, Apt 6
Raytown, MO 64133

Christopher Fuqua
2919 Benton Plaza Pz
Kansas City, MO 64127

Christopher Hilton
707 Oakwood St
Harrisonville, MO 64701

Christopher Jones
12518 E 40th St S, Apt B
Independence, MO 64055

Christopher Morgan
1011 Newton
Kansas City, MO 64127

Christopher Senger
9127 Westbrooke Dr
Shawnee Mission, KS 66214

Christy Looney
5843 E 19th Terr
Kansas City, MO 64126

Copyright © Financial Software Solutions, LLC

**Cierra Chrisman**
**6704 E 129th**
**Grandview, MO 64030**

**Cierra Dockery**
**3313 E 52nd St**
**Kansas City, MO 64130**

**Clarissa Pickens**
**11245 Calcio Dr**
**Kansas City, MO 64137**

**Clenisha Smith**
**8101 E 91st St**
**Kansas City, MO 64138**

**Corbyn Schuler**
**108 Duck Rd**
**Grandview, MO 64030**

**Cory Phelps**
**1457 Haskell Rd**
**Williamsburg, KS 66095**

**Courtney Walker**
**1631 Citadel Dr, Apt 89**
**Kansas City, MO 64110**

**Creditor's Captive Formation Corp.**
**P.O. Box 360**
**Ketchum, OK 74349**

**Cresencio Medina**
**9118 George Kyle Street**
**San Antonio, TX 78240**

Copyright © Financial Software Solutions, LLC

**Curtis Gordon**
**3526 S Emery Street**
**Independence, MO 64055**


**Cynthia Campbell**
**5821 NW Creekview Dr**
**Kansas City, MO 64152**


**Cynthia Livingston**
**1324 West 24th Street**
**Independence, MO 64052**


**Cynthis Harvey**
**207 Garfield Ave**
**Kansas City, MO 64124**


**Damon Shears**
**4150 Peaseo, Apt 205**
**Kansas City, MO 64110**


**Damonique Wesson**
**8660 Alden**
**Lenexa, KS 66215**


**Daniel Clark**
**2725 S Wall**
**Joplin, MO 64808**


**Daniel Weiser**
**875 Washington St**
**Weston, MO 64098**


**Danny Brown**
**33720 CR 260**
**De Witt, MO 64639**

Copyright © Financial Software Solutions, LLC

**Darian Holmes**
**3647 NE Beechwood Dr**
**Lees Summit, MO 64064**

**Darnell Cooper**
**613 E 29th St**
**Kansas City, MO 64109**

**Darren Lewis**
**5405 E 84th Terrace**
**Kansas City, MO 64132**

**Darryl Carter**
**5007 S Fuller Ave**
**Independence, MO 64055**

**David Barrolle**
**1710 5th Ave**
**Saint Joseph, MO 64505**

**David Gates**
**1350 S Kings Hiway**
**Independence, MO 64055**

**David Leonard**
**14710 Pine View Dr**
**Grandview, MO 64030**

**Davidson Document Solutions, Inc.**
**2600 Longhorn Blvd. #102**
**Austin, TX 78758**

**Deaha Neal**
**6312 Raytown Rd**
**Kansas City, MO 64133**

Copyright © Financial Software Solutions, LLC

**Dealer Socket, Inc.**
**1500 Solana Blvd.**
**Building C, Suite 6300**
**Westlake, TX 76262**

**Deandre Washington**
**1303 SE 6th**
**Lees Summit, MO 64063**

**Debby Pham**
**413 N Church St**
**Kansas City, KS 66061**

**Debra O'Connel**
**125 Kelli Cl**
**Hollister, MO 65672**

**Deidranience Lee**
**4139 NE Wheeling**
**Kansas City, MO 64117**

**Delana Nicholson**
**411 A NE Westwind Dr**
**Lees Summit, MO 64086**

**Demar Young**
**200 Wilshire**
**Liberty, MO 64068**

**Demetra Glaze**
**400 Lakewood Terr #204**
**Belton, MO 64012**

**Denae Woods**
**5739 S Benton Ave**
**Kansas City, MO 64130**

Copyright © Financial Software Solutions, LLC

**Derek French**
**11623 Richmon Ave**
**Kansas City, MO 64134**


**Derek Hershman**
**2004 SW Sandstone Ct**
**Blue Springs, MO 64014**


**Derrick Melson**
**8902 Manchester Ave**
**Kansas City, MO 64138**


**Desiree Knott**
**10013 D 74th Terr**
**Raytown, MO 64138**


**Donesha Allen**
**808 E 100th Terr, Apt 217**
**Kansas City, MO 64131**


**Donna Smith**
**15 Daisy Ln**
**Belton, MO 64012**


**Donna Soverns**
**9118 Askew Avenue**
**Kansas City, MO 64132**


**Donshee Ashford**
**1501 W 25th CRT. 4**
**Lawrence, KS 66046**


**Dorothy Franklin**
**5148 Plamer Drive**
**Kansas City, MO 64129**

Copyright © Financial Software Solutions, LLC

**Ebony Banks**
**11028 Greenwood Road**
**Kansas City, MO 64134**

**Ebony Warren**
**7210 Hullwood St**
**Kansas City, MO 64133**

**Ebony Williams**
**808 E Hayward Ave**
**Independence, MO 64055**

**Edcinda Heard**
**2207 Larkspur**
**Excelsior Springs, MO 64024**

**Edison Linare**
**1430 Frontier Valley #4**
**Austin, TX 78741**

**Edith Lara**
**118 N Hardesty**
**Kansas City, MO 64123**

**Edward Bozeman**
**18901 East Susquehanna Ridge**
**Independence, MO 64056**

**Edween Anderson**
**10729 Cambridge Ave**
**Kansas City, MO 64134**

**Edwin Vega**
**16805 E. Lakspur Ln #4**
**Independence, MO 64055**

Copyright © Financial Software Solutions, LLC

**Elaina Brancato**
**2124 Buron Dr #162**
**Austin, TX 78741**


**Elizabeth Sprague**
**2200 S Cedar**
**Independence, MO 64052**


**Ellis Robinson**
**10855 Richards Ct**
**Overland Park, KS 66210**


**Equifax Information SVCS LLC**
**PO Box 740253**
**Atlanta, GA 30374-0253**


**Erik Stewart**
**7943 Garfield Ave**
**Kansas City, MO 64132**


**Ernest Colbert**
**118 E 7th St, Apt 12**
**Emporia, KS 66801**


**Estella Brown**
**7901 Manchester Ave, Apt 1**
**Kansas City, MO 64138**


**Francisco Leal**
**4016 Anderson Ave**
**Kansas City, MO 64123**


**Frank Declue**
**4110 Anderson Ave**
**Kansas City, MO 64123**

Copyright © Financial Software Solutions, LLC

**Fuonbai Dauda**
**11300 Indiana Ave**
**Kansas City, MO 64137**


**Garee Houston**
**4149 Hardesty Ave**
**Kansas City, MO 64130**


**Gary Looney**
**5843 E 19th Terr**
**Kansas City, MO 64126**


**Gayle Burelson**
**7522 E 85th Terr #103**
**Kansas City, MO 64138**


**Glenda Aybar-Rodriguez**
**5310 Yecker Ave**
**Kansas City, KS 66104**


**Gunnar Maxwell**
**1304 SE Rosehill Dr**
**Lees Summit, MO 64081**


**Hali Jones**
**906 NE Deer Creek Dr**
**Grain Valley, MO 64029**


**Heather Maxwell**
**18309 E 12 Terr N**
**Independence, MO 64056**


**Heather Mingo**
**605 E Kansas Ave**
**Independence, MO 64050**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Herbert William**
**3309 Mersington Ave**
**Kansas City, MO 64128**


**Holly Robinson**
**515 S Sunrise Dr**
**Raymore, MO 64083**


**Ignancio Munguia**
**7719 Mary Carolyn**
**San Antonio, TX 78240**


**Internal Revenue Service (IRS)**
**Centralized Insolvency Office**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**


**Isiah Wilson**
**10012 Freemont Ave**
**Kansas City, MO 64134**


**Ivy Christman**
**3911 S Redwood Dr**
**Independence, MO 64055**


**Jack Nichelson**
**17135 E 5th St**
**Independence, MO 64056**


**Jacob Winters**
**2908 S Ralston Ave**
**Independence, MO 64052**


**Jacquella Carter**
**134 Mott Dr**
**Raymore, MO 64083**

Copyright © Financial Software Solutions, LLC

**Jacueline Jarmillo**
**704 N 57th St**
**Kansas City, KS 66102**

**Jamal Young**
**2915 Olive St**
**Kansas City, MO 64109**

**James Barton**
**5225 Sycamore**
**Kansas City, MO 64129**

**James Boyd**
**4001 Oakley Ave**
**Kansas City, MO 64130**

**James Jones**
**1311 S 13 HWY LOT 19**
**Lexington, MO 64067**

**James King**
**300 Millview Dr**
**Buckner, MO 64016**

**Jamie Burnett**
**9507 E 79th St**
**Raytown, MO 64138**

**Janice Fox**
**16711 A E. 28th Place**
**Independence, MO 64055**

**Janice Wilson**
**PO BOX 1409**
**Jefferson City, MO 65102**

Copyright © Financial Software Solutions, LLC

**Jaron Greathouse**
**10301 E 96ST**
**Kansas City, MO 64134**


**Jarrod Blackman**
**16806 E Larkspur Ln, Apt 4**
**Independence, MO 64055**


**Jasmine Collier**
**11205 Crystal Ave**
**Kansas City, MO 64134**


**Jason E. Carpenter**
**37802 E Cogswell**
**Ferrum, VA 24088**


**Jason Mahurin**
**403 N. Redbud**
**Concordia, MO 64020**


**Jeffrey A. Stump**
**116 Berry Ave**
**Belton, MO 64012**


**Jeremy Eiland**
**907 N Yuma**
**Independence, MO 64053**


**Jerimiah Boley**
**1016 SW Shady Lane**
**Grain Valley, MO 64029**


**Jermaine Campbell**
**3607 N Cleveland Ave**
**Kansas City, MO 64117**

Copyright © Financial Software Solutions, LLC

**Jermaine Holloway**
**9317 Harrison St, Apt 813**
**Kansas City, MO 64131**


**Jerry Ryan**
**816 New Jersey Ave**
**Kansas City, KS 66101**


**Jessie Bradley**
**11402 Manchester Ave.**
**Kansas City, MO 64134-3545**


**Jessie Bradley**
**11402 Manchester Ave**
**Kansas City, MO 64134**


**Jessie Chronister**
**737 N Aztex Drive**
**Independence, MO 64056**


**Joe Albert Gereb**
**5039 Hamilton #1412**
**San Antonio, TX 78229**


**Joe Dean**
**5403 Wayne Ave**
**Kansas City, MO 64110**


**John Bonacorso**
**6324 North Cleveland Ave**
**Kansas City, MO 64119**


**John Torrence**
**6821 Chestnut Ave**
**Kansas City, MO 64132**

Copyright © Financial Software Solutions, LLC

**Johnnie Nelson**
**134 Mott Dr**
**Raymore, MO 64083**

**Jonthan Leal**
**4220 Clark Ave**
**Kansas City, MO 64111**

**Jordan Banks**
**3434 E 62nd Street**
**Kansas City, MO 64130**

**Jordan Beach**
**1875 Kingbird Ct**
**Liberty, MO 64068**

**Jordan Dame**
**1404 NE Parvin Rd, Apt 305**
**Kansas City, MO 64116**

**Jordan Johnson**
**101 S. Hawthorne Ave**
**Independence, MO 64053**

**Jordan Osladil**
**833 S Locust St**
**Ottawa, KS 66067**

**Jorge Pina**
**18430 W 152nd Terr**
**Olathe, KS 66062**

**Jose Favela-Mesta**
**6511 E 9th St**
**Kansas City, MO 64125**

Copyright © Financial Software Solutions, LLC

Jose Garcia
1405 N Osage Trail
Independence, MO 64058


Joseph Ault
16207 Hwy E
Lexington, MO 64067


Joshua Beach
1875 Kingbird Ct
Liberty, MO 64068


Joshua McCune
5060 N Oak Trfy
Kansas City, MO 64118


Joyce McNeal
2418 Park Ave
Kansas City, MO 64128


JT Johnson
14101 E 49th Terr #B
Kansas City, MO 64136


Juan Martinez
16031 W 143rd Terrace
Olathe, KS 66062


Juan Mendez-Pinon
802 S Noland Rd 1C
Independence, MO 64050


Juan Pena
6204A E 152nd St
Grandview, MO 64030

Copyright © Financial Software Solutions, LLC

**Julius Brown**
**10563 Cypress Ave #8**
**Kansas City, MO 64137**

**Justin Cogle**
**4425 Norwood Ave**
**Kansas City, MO 64133**

**Justin Davis**
**114 N Crest Drive**
**Daleville, VA 24083**

**Justin Gilmore**
**3801 S Adams Ave**
**Independence, MO 64055**

**Justus D. Sinnett**
**5417 NW Homer White Rd**
**NICHOLS, WI 54152**

**Kansas Department of Revenue**
**PO Box 3506**
**Topeka, KS 66625-3506**

**Kansas Office of the State Bank Commissioner**
**700 S.W. Jackson, Suite 300**
**Topeka, KS 66603-3796**

**Karryan Baker**
**11719 Winchester Ave**
**Kansas City, MO 64164**

**Karsa Pitts**
**19416 East 14th Street**
**Independence, MO 64056**

Copyright © Financial Software Solutions, LLC

**Kasey Ray**
**11210 Puttman St**
**Independence, MO 64054**


**Kasmin Jones**
**3217 Mersington Ave**
**Kansas City, MO 64128**


**Kathy Samborski**
**16700 East 29th Street South**
**Independence, MO 64055**


**Keith Burris**
**400 E 80th**
**Kansas City, MO 64131**


**Keith White**
**32 Lane P**
**De Soto, KS 66018**


**Kelvin Staley**
**3605 Bales Ave**
**Kansas City, MO 64128**


**Ken Brady**
**1404 W College**
**Independence, MO 64050**


**Kenneth King**
**4545 S Mill St**
**Independence, MO 64055**


**Kenneth Paul**
**720 S. Savage Street**
**Independence, MO 64050**

Copyright © Financial Software Solutions, LLC

**Kevin Scott**
**7910 N Grandby Ave, Apt 17**
**Kansas City, MO 64151**


**Kevon Harris**
**6715 Martha Truman Rd**
**Grandview, MO 64030**


**Kimberly Thibault**
**737 N Aztec Dr**
**Independence, MO 64056**


**Kleigh Stith**
**6296 Pennslvannia Ave**
**Kansas City, MO 64118**


**Kosmes Kosmes**
**8201 N Thomas Meyers Dr #A**
**Kansas City, MO 64117**


**Kristina Listenberger**
**1222 S. Ash**
**Independence, MO 64052**


**Kristina Winters**
**229 Park**
**Kansas City, MO 64124**


**Lakeasha Williams**
**7107 Myrtle**
**Kansas City, MO 64132**


**Lakendra Griswold**
**5901 Lexington Ave**
**Kansas City, MO 64123**

Copyright © Financial Software Solutions, LLC

**Lamontika Baker**
**6403 N Wayne Ave**
**Kansas City, MO 64118**

**Lance Kolb**
**5504 Maywood Ave**
**Kansas City, MO 64133**

**Lanetta Hall**
**11600 Palmer Ave**
**Kansas City, MO 64134**

**Larry Long**
**15405 E 3rd Terrace South**
**Independence, MO 64050**

**Larry Tong**
**1612 South Vermont**
**Independence, MO 64052**

**Laryssa Scott**
**2843 Mersington Ave**
**Independence, MO 64050**

**Lashunda Williams**
**7600 E 199th Terr**
**Grandview, MO 64030**

**Latisha Davis**
**6003 Blue Hills Rd #5**
**Kansas City, MO 64110**

**Latrease Bates**
**9500 Drury Ave, Apt 304**
**Kansas City, MO 64137**

Copyright © Financial Software Solutions, LLC

**Laverna Banks**
**1524 Jones St**
**Grandview, MO 64030**


**Layonda Morgan**
**8308 Grandview Lane**
**Overland Park, KS 66212**


**Leanna Morgan**
**1818 NE 49th St**
**Kansas City, MO 64118**


**Lee Douglas**
**7003 Jackson Ave**
**Kansas City, MO 64132**


**Lejuan Miller**
**19118 37th Terr, Apt 5**
**Independence, MO 64057**


**Leland Quint**
**1457 NE Burgandy Ln.**
**Lee's Summit, MO 64088**


**Leland Quint**
**39701 E JW Cummins Road**
**Oak Grove, MO 64075**


**Leonel Lopez**
**1513 W 23rd Terr, Bldg. G4, Apt. I**
**Independence, MO 64050**


**Leotrice Franklin**
**6201 E 152nd St #B**
**Grandview, MO 64030**

Copyright © Financial Software Solutions, LLC

**Lindsey Samborski**
**16700 East 29th Street South**
**Independence, MO 64055**


**Lisa Aguilar**
**716 NW Street**
**Nevada, MO 64772**


**Luis Torres**
**110 W 103rd St #14**
**Kansas City, MO 64114**


**Madge Keshun**
**7405 E 112th St**
**Kansas City, MO 64134**


**Marcus Foster**
**11360 Delmar Street**
**Kansas City, MO 64134**


**Marguarite Henderson**
**6025 E 40th Terr**
**Kansas City, MO 64129**


**Marguarite Vaughn**
**4212 E 62nd St**
**Kansas City, MO 64130**


**Maria Gonzalez**
**13021 Dessau Rd Lot 442**
**Austin, TX 78754**


**Mark Adams**
**6012 Burcain Pl, Apt A**
**Gladstone, MO 64118**

Copyright © Financial Software Solutions, LLC

**Mark Isley**
**8007 Forest Park Dr**
**Kansas City, MO 64152**


**Markeshia Fue**
**4215 Tracy Ave**
**Kansas City, MO 64110**


**Marlon Cole**
**8801 E 72nd St**
**Raytown, MO 64133**


**Marlon Green**
**3335 S Oxford**
**Independence, MO 64052**


**Marlys Glover**
**1331 N Main Street**
**Independence, MO 64050**


**Marquelle Harris**
**2301 E 41st**
**Kansas City, MO 64128**


**Martes Allen**
**15405 E 48th Terr**
**Kansas City, MO 64156**


**Marvin Cogle**
**4425 Norwood Ave**
**Kansas City, MO 64133**


**Mary Goodloe**
**7010 N Park Ave, Apt A**
**Kansas City, MO 64118**

Copyright © Financial Software Solutions, LLC

**Matthew Winbinger**
**6800 E 135th St**
**Grandview, MO 64030**

**Mattie Davis**
**1426 E 97th St, Apt A**
**Kansas City, MO 64131**

**Maura Murar**
**15404 Bellaire Ave**
**Grandview, MO 64030**

**Maurice Brown**
**522 NE Malibu Dr**
**Lees Summit, MO 64064**

**Maurice Edwards**
**14907 Grand Summit Blvd #106**
**Grandview, MO 64030**

**Maurice Lurks**
**3934 Indiana Ave**
**Kansas City, MO 64132**

**Mauricio Rico**
**8001 Lee Hill #L**
**Austin, TX 78744**

**Melinda Foster**
**647 North Queen Ridge Ct**
**Independence, MO 64056**

**Melissa Lovett**
**616 Morse Ave**
**Liberty, MO 64068**

Copyright © Financial Software Solutions, LLC

**Melissa Mustain**
**19506 Salisbury**
**Independence, MO 64056**


**Michael Craddock**
**110 N Chestnut, Apt B**
**Belton, MO 64012**


**Michael Crockett**
**3001 Spruce Ave**
**Kansas City, MO 64128**


**Michael Hall**
**800 E 100th Terrace, Apt 3**
**Kansas City, MO 64131**


**Michael Kovaleski**
**1011 W White Oak St**
**Independence, MO 64050**


**Miesha Chrisman**
**6704 E 129th St**
**Grandview, MO 64030**


**Mike Price**
**7945 Agnes**
**Kansas City, MO 64132**


**Missouri Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 475**
**Jefferson City, MO 65105**

Copyright © Financial Software Solutions, LLC

**Missouri Division of Finance**
**301 West High Street, Room 630**
**P.O. Box 716**
**Jefferson City, MO 65102-0716**


**Mitchell Floyd**
**1507 Thomas Ave**
**Grandview, MO 64030**


**Monet Roberts**
**13009 Bristol Ave**
**Grandview, MO 64030**


**Nasteff & Quinn, LLC**
**118 North Water Street**
**Liberty, MO 64068**


**Nathan Bunton**
**9104 W 69th St**
**Overland Park, KS 66204**


**Nathan May**
**700 N Walnut Street**
**Olathe, KS 66061**


**Nathaniel Ressel**
**2203 E Cedar St**
**Olathe, KS 66062**


**Neico Silkwood**
**22099 102th Lane**
**Sweet Springs, MO 65351**


**Nicolas Higginbotham**
**9600 E 43rd St**
**Kansas City, MO 64133**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Nyankiir Anyang**
**755 NW 60th Street, Apt 12**
**Kansas City, MO 64118**

**Nykeiscia Love**
**1201 NW 66th Ter**
**Kansas City, MO 64118**

**Panyin Jimmerson**
**9108 E. 90th Terr.**
**Kansas City, MO 64138**

**Paris Jordan**
**3706 Neona**
**Saint Louis, MO 63121**

**Patrice Davis**
**9311 Eastern Ave**
**Kansas City, MO 64138**

**Patrick Cox**
**114 S Saxony Dr**
**Olathe, KS 66061**

**Patrick Doughtery**
**11500 Eubank Drive**
**Austin, TX 78758**

**Patrick O'Donovan**
**808 Cimarron Trail**
**Belton, MO 64012**

**Patrick Thomas**
**601 N Franson**
**Independence, MO 64050**

Copyright © Financial Software Solutions, LLC

**Peggy Stevenson**
**3802 Bellefontaine Ave**
**Kansas City, MO 64128**

**Peninah Ruto**
**10333 Earnshaw**
**Lenexa, KS 66215**

**Phillip Kasper**
**400 West Marcia Ave**
**Independence, MO 64050**

**Posha King**
**3529 NE 72nd St #90**
**Kansas City, MO 64119**

**Quincy Hughes**
**1500 N. Interstate 35**
**Round Rock, TX 78664**

**Rachel Bartlett**
**8825 E 19th Street, Lot 142**
**Kansas City, MO 64126**

**Rane Newman**
**4418 Harrison St**
**Kansas City, MO 64110**

**Raymond Foster**
**1306 NW 6th Terr**
**Blue Springs, MO 64015**

**Rebecca Dewitt**
**4031 Olive St**
**Kansas City, MO 64130**

Copyright © Financial Software Solutions, LLC

**Rebecca Russell**
**1022 E TC LEA RD**
**Independence, MO 64050**

**Regina Baker**
**913 S Noland Road**
**Independence, MO 64050**

**Reginold McDonald**
**14419 Craig Ave**
**Grandview, MO 64030**

**Rhiannon Edwards**
**14907 Grand Summit Blvd #106**
**Grandview, MO 64030**

**Richard Bassett**
**1818 North Grove Dr**
**Independence, MO 64058**

**Richard Cade**
**8803 E 83rd Street**
**Raytown, MO 64138**

**Richard Harris**
**3405 Utah Rd**
**Wellsville, KS 66092**

**Richard Nunn**
**1300 Bryson**
**Independence, MO 64052**

**Richard Sagaser**
**6117 N. Denver Ave**
**Kansas City, MO 64119**

Copyright © Financial Software Solutions, LLC

**RKB Law, LLC**
**PO Box 7374**
**Kansas City, MO 64116**


**Robert Botts**
**11206 NW Lema Dr, Apt 1**
**Kansas City, MO 64152**


**Robert Chevez**
**612 N Downey Ct**
**Independence, MO 64056**


**Robert Downton**
**5105 Garfield**
**Kansas City, MO 64130**


**Robert McGautha**
**3609 Blue Ridge, Apt 2**
**Grandview, MO 64030**


**Roberta Townsend**
**14200 E. 49th St, Apt 102**
**Kansas City, MO 64136**


**Rodger Cole**
**1723 Hartford**
**Independence, MO 64058**


**Roger Alexander**
**6707 Sangate Drive**
**Arlington, TX 76002**


**Ronnie Lane**
**10910 Bradshaw**
**Overland Park, KS 66210**

Copyright © Financial Software Solutions, LLC

**Rosiland Holloway**
**8142 Troost**
**Kansas City, MO 64109**


**Roy Brown**
**3308 North Mccoy**
**Independence, MO 64050**


**Rudy Chavez**
**3416 N Bellefontaine Street**
**Kansas City, MO 64117**


**Russell Straight**
**13703 11th St**
**Grandview, MO 64030**


**Ryan Ashton**
**955 Leroy**
**Independence, MO 64050**


**Ryan Sprague**
**334 NW 1351**
**Holden, MO 64040**


**Sammyo T. Jackson**
**11926 Sycamore**
**Grandview, MO 64030**


**Sandra Jones**
**1311 S 13 HWY LOT 19**
**Lexington, MO 64067**


**Satin Walcott**
**9323 Bales Ave #301**
**Kansas City, MO 64127**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

Savannah Nutt
512 NE Church Hill St
Lees Summit, MO 64086


Sayra Williams
1903 E 24th Ter
Kansas City, MO 64127


Scott Wheeler
100 NE 67th Terr
Kansas City, MO 64118


Selina Snook
1425 S 55th St., Apt 7
Kansas City, KS 66106


Serafin A. Servin
491 Sheffied Rd
Seguin, TX 78155


Shana McFarland
300 W Marcia
Independence, MO 64050


Shane Hook
RR1 Box 33
Drexel, MO 64742


Shanika Goday
2508 W 43rd Ave
Kansas City, KS 66103


Shaniqua Jackson
3127 NW Gateway Dr
Blue Springs, MO 64015

Copyright © Financial Software Solutions, LLC

**Shannon Long**
**3611 Olive St**
**Kansas City, MO 64109**


**Sharp Business Systems**
**PO Box 41602**
**Philadelphia, PA 19101-1602**


**Shatora Floy**
**10817 E 24th Street S**
**Independence, MO 64052**


**Shavonda Mayfield**
**1501 Citadel Dr, Apt 47**
**Kansas City, MO 64110**


**Shawn Pearson**
**2621 S Norwood**
**Independence, MO 64052**


**Shawnte Giles**
**721 North Cloverdale Ave**
**Independence, MO 64056**


**Sheila Kolb**
**5504 Maywood Ave**
**Kansas City, MO 64133**


**Slafka Contreras**
**808 SW Stablewood Cir**
**Lees Summit, MO 64081**


**Specified Credit Association 1, Inc.**
**2388 Schuetz Rd.**
**Suite A-100**
**Saint Louis, MO 63146**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Stacatto Henderson**
**10211 Hillcrest Rd**
**Kansas City, MO 64134**

**Stacey Moore**
**721 North Liberty**
**Independence, MO 64050**

**Stehpanie Hunt**
**11421 Colorado Ave, Apt 5**
**Kansas City, MO 64137**

**Stephen Hamilton**
**528 Jackson Ave**
**Joplin, MO 64801**

**Stephen Tharp**
**2111 Crescent Dr**
**Liberty, MO 64068**

**Steve Warehime**
**10614 E 23rd Street South, Apt A**
**Independence, MO 64050**

**Steven Bathgate**
**1690 Larkspur Ln, Apt 3**
**Independence, MO 64055**

**Steven McElroy**
**21416 Pinoak Lane**
**Peculiar, MO 64078**

**Suprena Collins**
**3130 Brooklyn Ave**
**Kansas City, MO 64109**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Susana Komes**
**8201 N Thomas Meyers Dr #A**
**Kansas City, MO 64117**


**Symphony Teague**
**4104 S. Crackerneck Rd**
**Independence, MO 64055**


**Takhia Marie Harris**
**930 Duncan Perry, Apt 2009**
**Grand Prairie, TX 75050**


**Talisha Wright**
**824 State Avenue**
**Kansas City, KS 66101**


**Tamika Hickman**
**6637 Walrond**
**Kansas City, MO 64132**


**Tamiko Chamberlain**
**1921 E 17th Street**
**Kansas City, MO 64127**


**Tashala Fulton**
**3639 SW 38th Ter**
**Topeka, KS 66610**


**Tasheeka Daniels**
**7704 E 112th Terrance**
**Kansas City, MO 64134**


**Tauaipolu Key**
**3303 S. Oxford Ave.**
**Independence, MO 64052**

Copyright © Financial Software Solutions, LLC

**Tavanake Melancon**
**1701 Francis St**
**Saint Joseph, MO 64501**


**Teresa Todd**
**1233 S Pleasant St**
**Independence, MO 64055**


**Teressa Hayes**
**804 S Saville Ave**
**Independence, MO 64050**


**Terrance Coffin**
**547 South Arlington**
**Independence, MO 64053**


**Texas Comptroller of Public Accounts**
**Revenue Accounting Division - Bankruptcy Section**
**P.O. Box 13528 Capitol Station**
**Austin, TX 78711**


**Texas Office of Consumer Credit Commissioner (OCCC)**
**2601 N Lamar Blvd**
**Austin, TX 78705**


**Thomas Richbourg**
**102 North Institute St**
**Richmond, MO 64085**


**Tiera Block**
**2209 Booth Ave**
**Kansas City, MO 64125**


**Tierra Johnson**
**10007 Hillcrest Road**
**Kansas City, MO 64134**

Copyright © Financial Software Solutions, LLC

**Tiffany Chambers**
**7006 N Olive**
**Kansas City, MO 64118**

**Tiffany Goodloe**
**914 Winthrop Dr**
**Lexington, MO 64067**

**Tiffany Price**
**3926 Indiana Ave**
**Kansas City, MO 64130**

**Tim Owen**
**2616 Castle Dr**
**Blue Springs, MO 64015**

**Tim Plafcan**
**951 Owl Creek Pkwy**
**Odessa, MO 64076**

**Tomothy Rokov**
**6109 N Jefferson St, Apt 6**
**Kansas City, MO 64118**

**Tony Long**
**7200 Crisp Ave**
**Kansas City, MO 64133**

**Tony Manning**
**528 N Hocker**
**Independence, MO 64050**

**Tony Turner**
**10322 Hillcrest Rd**
**Kansas City, MO 64134**

Copyright © Financial Software Solutions, LLC

**Tonya Wallace**
**9125 W 124th Street**
**Overland Park, KS 66213**

**Travis Wright**
**17858 K-16 Hwy**
**Independence, MO 64056**

**Trenease Burns**
**4220 E 43rd St**
**Kansas City, MO 64130**

**Troy Jimerson**
**9108 E 90th Terr**
**Kansas City, MO 64138**

**Tyra McGee**
**4435 E 10th St**
**Kansas City, MO 64127**

**Vanessa Dillard**
**1306 E 59th**
**Kansas City, MO 64110**

**Vernon Meade**
**3646 Askew Ave**
**Kansas City, MO 64130**

**Vickey Allen**
**8701 Buckingham Ln, Apt 9**
**Kansas City, MO 64138**

**Victoria Harris**
**7408 Harrison**
**Kansas City, MO 64131**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Victoria Price**
**5402 Swope Pkwy**
**Kansas City, MO 64130**

**Walter Wyatt**
**2604 N Liberty**
**Independence, MO 64050**

**Warnita Graves**
**5842 Hunter Ct**
**Raytown, MO 64133**

**Wedly Registe**
**205 NE 50th #321**
**Kansas City, MO 64118**

**Wendy Coleman**
**11209 E 53rd St**
**Kansas City, MO 64133**

**William Baschke**
**45474104 Racoon Ridge Rd**
**Stover, MO 65078**

**William Foreman**
**801 S Grant St**
**Olathe, KS 66061**

**William Porter**
**828 N Arapahoe**
**Independence, MO 64056**

**William Russell**
**1022 E TC LEA RD**
**Independence, MO 64050**

Copyright © Financial Software Solutions, LLC

**William Wood**
**17202 East Bunschu Rd**
**Independence, MO 64056**


**Winfred Carter**
**6816 Crab Apple 15**
**Kansas City, MO 64129**


**Yancy Smith**
**2717 E 77th St**
**Kansas City, MO 64132**


**Yoseline Romero**
**110 W 103rd St #14**
**Kansas City, MO 64114**

Copyright © Financial Software Solutions, LLC