# United States Bankruptcy Court

## Western District of Texas

In re **Barton Creek Auto Credit, LLC**

Debtor(s)

Case No. 23-10253

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **4/19/2023**

**/s/ Kelly Stump**
**Kelly Stump**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**Aaron Martinez**
**10107 Central St, Apt 103**
**Kansas City, MO 64114**

**Abriel Halliburton**
**3626 Bales**
**Kansas City, MO 64128**

**Adam Barber**
**904 Quail Creek Drive**
**Independence, MO 64055**

**Adam Lee Nguyen**
**8001 Tantara Ct**
**Austin, TX 78729**

**Adam Reed**
**14068 Mountain Taber Road**
**Odessa, MO 64076**

**Adonaria Robinson**
**18508 E 3rd St Ct N**
**Independence, MO 64056**

**Adriana Saldona**
**3244 Morrell Ave**
**Kansas City, MO 64123**

**Allyson Maxwell**
**1304 SE Rosehill Dr**
**Lees Summit, MO 64081**

**Alyssa Soto**
**11707 Vance Jackson Rd**
**San Antonio, TX 78229**

Copyright © Financial Software Solutions, LLC

**Amanda Byers**
**620 N Hocker Ave, Apt B**
**Independence, MO 64050**


**Amanda Paris**
**18205 East 51st Street Ct D**
**Independence, MO 64055**


**Amia Norton**
**8822 Highland Ave**
**Kansas City, MO 64132**


**Andia Ammons**
**14419 Craig Ave**
**Grandview, MO 64030**


**Andrea Jones**
**7912 Prospect**
**Kansas City, MO 64132**


**Andrew Carrillo**
**8720 PFlumm Court, Apt 202**
**Lenexa, KS 66215**


**Angela Mays**
**518 N Hocker Terrace**
**Independence, MO 64050**


**Angelisha Hudson**
**12910 E 40 Highway**
**Independence, MO 64055**


**Angle Wilson Law LLP**
**920A East Broadway**
**Suite 205**
**Columbia, MO 65201**

Copyright © Financial Software Solutions, LLC

**Anthony Barrett**
**2824 S Appleton Ave**
**Independence, MO 64052**


**Anthony Braxton**
**14316 E Kentucky**
**Independence, MO 64055**


**Anthony Brown**
**10102 Hillcrest Rd**
**Kansas City, MO 64134**


**Anthony Dismuke**
**208 N Willow**
**Independence, MO 64054**


**Anthony Wise**
**9930 Harrison St**
**Kansas City, MO 64131**


**April Graves**
**301 West 132st**
**Kansas City, MO 64145**


**April Sanders**
**2109 Swisher Dr**
**Clinton, MO 64735**


**Aquisha Frazier**
**311 NE 94th Street, Apt 260**
**Kansas City, MO 64155**


**Arthur Maples**
**11804 Summit Camp Road**
**Lexington, MO 64067**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Ashley Lyles**
**5924 Cypress Pl**
**Kansas City, MO 64130**

**Ashley Williams**
**19404 E Colony Ln**
**Independence, MO 64058-1385**

**Ashli Gregory**
**2002 E 69th St**
**Kansas City, MO 64132**

**Aundrenecca Walker**
**9908 Locust St**
**Kansas City, MO 64131**

**Austin Bersch**
**11012 Booth Ave**
**Kansas City, MO 64134**

**Austin Brown**
**1101 Harlington Place, Apt 5**
**Blue Springs, MO 64015**

**Austin Miller**
**1473 N 1800 Rd**
**Carterville, MO 64835**

**Ayanna Feaster**
**7406 Arleta BV**
**Kansas City, MO 64132**

**Ayisha Pena**
**3919 Perrin Central Blvd., Apt. 1214**
**San Antonio, TX 78217**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Benjamin Margrove**
**3923 N River Blvd**
**Independence, MO 64050**


**Billie Simmons**
**7044 N Olive St, Apt D**
**Kansas City, MO 64118**


**Brandi Celestine**
**2050 Park Tower Dr**
**Kansas City, MO 64126**


**Brandon Hood**
**11711 Lawndale Ave**
**Kansas City, MO 64137-2709**


**Brandon Lindsey**
**721 N Liberty St**
**Independence, MO 64050**


**Brandy Terry**
**912 Benton Blvd**
**Kansas City, MO 64127**


**Brenda Hastings**
**5320 Appleton Ave**
**Kansas City, MO 64133**


**Brenda Minter**
**3516 Spruce St**
**Kansas City, MO 64109**


**Brent Nabors**
**6121 Jackson Ave**
**Kansas City, MO 64130**


**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Brian Claypool**
**4495 SE 69 Hiway**
**Lathrop, MO 64465**


**Brieta Tipton**
**3732 NE Ellison Dr**
**Lees Summit, MO 64064**


**Brigitte Emerson**
**1818 E 79th Street**
**Kansas City, MO 64032**


**Brittany Hanna**
**411 Cypress St**
**Kansas City, MO 64124**


**Brittany J. Clark**
**3315 Benton Blvd**
**Kansas City, MO 64128**


**Brittany Jones**
**5827 Chestnut Ave**
**Kansas City, MO 64130**


**Brittany Maldonado**
**628 Myrtle**
**Kansas City, MO 64124**


**Brittany Sule**
**4239 E 61st St**
**Kansas City, MO 64130**


**Brittshay Kelley**
**1207 E 80th Terr**
**Kansas City, MO 64131**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Brooke Jacks**
**1801 SE Timbercreek Ct**
**Blue Springs, MO 64014**


**Bryan Thomas**
**5909 Larson**
**Kansas City, MO 64133**


**Calvin Poke**
**11007 Beacon Ave**
**Kansas City, MO 64134**


**Cameron Bolton**
**1710 Lakewood Terrance**
**Belton, MO 64012**


**Cameron Gilstrap**
**322 Dundee Rd**
**Smithville, MO 64089**


**Cameron Ray**
**11210 Puttman St**
**Independence, MO 64054**


**Carl Johnson**
**2516 Troost, Apt 102**
**Kansas City, MO 64108**


**Carl Spurgeon**
**3001 Englewood Terr**
**Independence, MO 64052**


**Carly Walton**
**532 Stone Arch Dr**
**Independence, MO 64052**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

Catherine Smith
3609 Blue Ridge, Apt 2
Grandview, MO 64030


Cedric Williams
1620 Spruce
Kansas City, MO 64127


Celinda Rogers
2080 SE Red Lane
Lathrop, MO 64465


Chad Robertson
5213 NE 50th St
Kansas City, MO 64119


Chandra Schwartz
203 East Porter
Kirksville, MO 63501


Chanille Madden
10008 E 60th Terrace
Kansas City, MO 64133


Chantel Crawford
210 W 100th Terr
Kansas City, MO 64154


Charles Watkins
1708 E 60th St
Kansas City, MO 64110


Charlie Futrell
600 E Ash
Raymore, MO 64083

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Charmus Bell**
**8822 Flora Ave**
**Kansas City, MO 64131**


**Chase**
**P.O Box 15298**
**Wilmington, DE 19850**


**Chistina Strother**
**5201 E 7th St, Apt A**
**Kansas City, MO 64124**


**Christina Lark**
**5707 Swope Pkwy**
**Kansas City, MO 64130**


**Christina R. Enrique**
**4039 Coral Sunrise**
**San Antonio, TX 78244**


**Christopher Blaylock**
**6411 Manchester Ave, Apt 6**
**Raytown, MO 64133**


**Christopher Fuqua**
**2919 Benton Plaza Pz**
**Kansas City, MO 64127**


**Christopher Jones**
**12518 E 40th St S, Apt B**
**Independence, MO 64055**


**Christopher Morgan**
**1011 Newton**
**Kansas City, MO 64127**

Copyright © Financial Software Solutions, LLC

**Christy Looney**
**5843 E 19th Terr**
**Kansas City, MO 64126**

**Cierra Chrisman**
**6704 E 129th**
**Grandview, MO 64030**

**Cierra Dockery**
**3313 E 52nd St**
**Kansas City, MO 64130**

**Clarissa Pickens**
**11245 Calcio Dr**
**Kansas City, MO 64137**

**Clenisha Smith**
**8101 E 91st St**
**Kansas City, MO 64138**

**Corbyn Schuler**
**108 Duck Rd**
**Grandview, MO 64030**

**Cory Phelps**
**1457 Haskell Rd**
**Williamsburg, KS 66095**

**Courtney Walker**
**1631 Citadel Dr, Apt 89**
**Kansas City, MO 64110**

**Creditor's Captive Formation Corp.**
**P.O. Box 360**
**Ketchum, OK 74349**

**Cresencio Medina**
**9118 George Kyle Street**
**San Antonio, TX 78240**

**Curtis Gordon**
**3526 S Emery Street**
**Independence, MO 64055**

**Cynthia Campbell**
**5821 NW Creekview Dr**
**Kansas City, MO 64152**

**Cynthia Livingston**
**1324 West 24th Street**
**Independence, MO 64052**

**Cynthis Harvey**
**207 Garfield Ave**
**Kansas City, MO 64124**

**Damon Shears**
**4150 Peaseo, Apt 205**
**Kansas City, MO 64110**

**Damonique Wesson**
**8660 Alden**
**Lenexa, KS 66215**

**Daniel Clark**
**2725 S Wall**
**Joplin, MO 64808**

**Daniel Weiser**
**875 Washington St**
**Weston, MO 64098**

Copyright © Financial Software Solutions, LLC

**Danny Brown**
**33720 CR 260**
**De Witt, MO 64639**


**Darian Holmes**
**3647 NE Beechwood Dr**
**Lees Summit, MO 64064**


**Darnell Cooper**
**613 E 29th St**
**Kansas City, MO 64109**


**Darren Lewis**
**5405 E 84th Terrace**
**Kansas City, MO 64132**


**Darryl Carter**
**5007 S Fuller Ave**
**Independence, MO 64055**


**David Gates**
**1350 S Kings Hiway**
**Independence, MO 64055**


**David Leonard**
**14710 Pine View Dr**
**Grandview, MO 64030**


**Davidson Document Solutions, Inc.**
**2600 Longhorn Blvd. #102**
**Austin, TX 78758**


**Deaha Neal**
**6312 Raytown Rd**
**Kansas City, MO 64133**

Copyright © Financial Software Solutions, LLC

**Dealer Socket, Inc.**
**1500 Solana Blvd.**
**Building C, Suite 6300**
**Westlake, TX 76262**

**Deandre Washington**
**1303 SE 6th**
**Lees Summit, MO 64063**

**Debby Pham**
**413 N Church St**
**Kansas City, KS 66061**

**Debra O'Connel**
**125 Kelli Cl**
**Hollister, MO 65672**

**Deidranience Lee**
**4139 NE Wheeling**
**Kansas City, MO 64117**

**Delana Nicholson**
**411 A NE Westwind Dr**
**Lees Summit, MO 64086**

**Demar Young**
**200 Wilshire**
**Liberty, MO 64068**

**Demetra Glaze**
**400 Lakewood Terr #204**
**Belton, MO 64012**

**Denae Woods**
**5739 S Benton Ave**
**Kansas City, MO 64130**

Copyright © Financial Software Solutions, LLC

**Derek French**
**11623 Richmon Ave**
**Kansas City, MO 64134**

**Derek Hershman**
**2004 SW Sandstone Ct**
**Blue Springs, MO 64014**

**Derrick Melson**
**8902 Manchester Ave**
**Kansas City, MO 64138**

**Donesha Allen**
**808 E 100th Terr, Apt 217**
**Kansas City, MO 64131**

**Donna Soverns**
**9118 Askew Avenue**
**Kansas City, MO 64132**

**Donshee Ashford**
**1501 W 25th CRT. 4**
**Lawrence, KS 66046**

**Dorothy Franklin**
**5148 Plamer Drive**
**Kansas City, MO 64129**

**Ebony Banks**
**11028 Greenwood Road**
**Kansas City, MO 64134**

**Ebony Warren**
**7210 Hullwood St**
**Kansas City, MO 64133**

Copyright © Financial Software Solutions, LLC

**Ebony Williams**
**808 E Hayward Ave**
**Independence, MO 64055**


**Edcinda Heard**
**2207 Larkspur**
**Excelsior Springs, MO 64024**


**Edison Linare**
**1430 Frontier Valley #4**
**Austin, TX 78741**


**Edith Lara**
**118 N Hardesty**
**Kansas City, MO 64123**


**Edward Bozeman**
**18901 East Susquehanna Ridge**
**Independence, MO 64056**


**Edween Anderson**
**10729 Cambridge Ave**
**Kansas City, MO 64134**


**Edwin Vega**
**16805 E. Lakspur Ln #4**
**Independence, MO 64055**


**Elaina Brancato**
**2124 Buron Dr #162**
**Austin, TX 78741**


**Elizabeth Sprague**
**2200 S Cedar**
**Independence, MO 64052**

Copyright © Financial Software Solutions, LLC

**Ellis Robinson**
**10855 Richards Ct**
**Overland Park, KS 66210**


**Equifax Information SVCS LLC**
**PO Box 740253**
**Atlanta, GA 30374-0253**


**Ernest Colbert**
**118 E 7th St, Apt 12**
**Emporia, KS 66801**


**Estella Brown**
**7901 Manchester Ave, Apt 1**
**Kansas City, MO 64138**


**Francisco Leal**
**4016 Anderson Ave**
**Kansas City, MO 64123**


**Frank Declue**
**4110 Anderson Ave**
**Kansas City, MO 64123**


**Fuonbai Dauda**
**11300 Indiana Ave**
**Kansas City, MO 64137**


**Garee Houston**
**4149 Hardesty Ave**
**Kansas City, MO 64130**


**Gary Looney**
**5843 E 19th Terr**
**Kansas City, MO 64126**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Gayle Burelson**
**7522 E 85th Terr #103**
**Kansas City, MO 64138**

**Glenda Aybar-Rodriguez**
**5310 Yecker Ave**
**Kansas City, KS 66104**

**Gunnar Maxwell**
**1304 SE Rosehill Dr**
**Lees Summit, MO 64081**

**Hali Jones**
**906 NE Deer Creek Dr**
**Grain Valley, MO 64029**

**Heather Maxwell**
**18309 E 12 Terr N**
**Independence, MO 64056**

**Heather Mingo**
**605 E Kansas Ave**
**Independence, MO 64050**

**Herbert William**
**3309 Mersington Ave**
**Kansas City, MO 64128**

**Holly Robinson**
**515 S Sunrise Dr**
**Raymore, MO 64083**

**Ignancio Munguia**
**7719 Mary Carolyn**
**San Antonio, TX 78240**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Internal Revenue Service (IRS)**
**Centralized Insolvency Office**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Isiah Wilson**
**10012 Freemont Ave**
**Kansas City, MO 64134**

**Ivy Christman**
**3911 S Redwood Dr**
**Independence, MO 64055**

**Jack Nichelson**
**17135 E 5th St**
**Independence, MO 64056**

**Jacob Winters**
**2908 S Ralston Ave**
**Independence, MO 64052**

**Jacquella Carter**
**134 Mott Dr**
**Raymore, MO 64083**

**Jacueline Jarmillo**
**704 N 57th St**
**Kansas City, KS 66102**

**Jamal Young**
**2915 Olive St**
**Kansas City, MO 64109**

**James Barton**
**5225 Sycamore**
**Kansas City, MO 64129**

Copyright © Financial Software Solutions, LLC

**James Jones**
**1311 S 13 HWY LOT 19**
**Lexington, MO 64067**


**James King**
**300 Millview Dr**
**Buckner, MO 64016**


**Jamie Burnett**
**9507 E 79th St**
**Raytown, MO 64138**


**Janice Wilson**
**PO BOX 1409**
**Jefferson City, MO 65102**


**Jaron Greathouse**
**10301 E 96ST**
**Kansas City, MO 64134**


**Jarrod Blackman**
**16806 E Larkspur Ln, Apt 4**
**Independence, MO 64055**


**Jason E. Carpenter**
**37802 E Cogswell**
**Ferrum, VA 24088**


**Jason Mahurin**
**403 N. Redbud**
**Concordia, MO 64020**


**Jeffrey A. Stump**
**116 Berry Ave**
**Belton, MO 64012**


**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Jeremy Eiland**
**907 N Yuma**
**Independence, MO 64053**


**Jerimiah Boley**
**1016 SW Shady Lane**
**Grain Valley, MO 64029**


**Jermaine Campbell**
**3607 N Cleveland Ave**
**Kansas City, MO 64117**


**Jermaine Holloway**
**9317 Harrison St, Apt 813**
**Kansas City, MO 64131**


**Jerry Ryan**
**816 New Jersey Ave**
**Kansas City, KS 66101**


**Jessie Bradley**
**11402 Manchester Ave.**
**Kansas City, MO 64134-3545**


**Jessie Bradley**
**11402 Manchester Ave**
**Kansas City, MO 64134**


**Jessie Chronister**
**737 N Aztex Drive**
**Independence, MO 64056**


**Joe Albert Gereb**
**5039 Hamilton #1412**
**San Antonio, TX 78229**

Copyright © Financial Software Solutions, LLC

**Joe Dean**
**5403 Wayne Ave**
**Kansas City, MO 64110**


**John Torrence**
**6821 Chestnut Ave**
**Kansas City, MO 64132**


**Johnnie Nelson**
**134 Mott Dr**
**Raymore, MO 64083**


**Jonthan Leal**
**4220 Clark Ave**
**Kansas City, MO 64111**


**Jordan Banks**
**3434 E 62nd Street**
**Kansas City, MO 64130**


**Jordan Dame**
**1404 NE Parvin Rd, Apt 305**
**Kansas City, MO 64116**


**Jordan Johnson**
**101 S. Hawthorne Ave**
**Independence, MO 64053**


**Jordan Osladil**
**833 S Locust St**
**Ottawa, KS 66067**


**Jorge Pina**
**18430 W 152nd Terr**
**Olathe, KS 66062**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Jose Favela-Mesta**
**6511 E 9th St**
**Kansas City, MO 64125**

**Jose Garcia**
**1405 N Osage Trail**
**Independence, MO 64058**

**Joseph Ault**
**16207 Hwy E**
**Lexington, MO 64067**

**Joshua McCune**
**5060 N Oak Trfy**
**Kansas City, MO 64118**

**Joyce McNeal**
**2418 Park Ave**
**Kansas City, MO 64128**

**JT Johnson**
**14101 E 49th Terr #B**
**Kansas City, MO 64136**

**Juan Mendez-Pinon**
**802 S Noland Rd 1C**
**Independence, MO 64050**

**Juan Pena**
**6204A E 152nd St**
**Grandview, MO 64030**

**Julius Brown**
**10563 Cypress Ave #8**
**Kansas City, MO 64137**

Copyright © Financial Software Solutions, LLC

Justin Cogle
4425 Norwood Ave
Kansas City, MO 64133

Justin Davis
114 N Crest Drive
Daleville, VA 24083

Justin Gilmore
3801 S Adams Ave
Independence, MO 64055

Justus D. Sinnett
5417 NW Homer White Rd
NICHOLS, WI 54152

Kansas Department of Revenue
PO Box 3506
Topeka, KS 66625-3506

Kansas Office of the State Bank Commissioner
700 S.W. Jackson, Suite 300
Topeka, KS 66603-3796

Karryan Baker
11719 Winchester Ave
Kansas City, MO 64164

Karsa Pitts
19416 East 14th Street
Independence, MO 64056

Kasey Ray
11210 Puttman St
Independence, MO 64054

Copyright © Financial Software Solutions, LLC

**Kasmin Jones**
**3217 Mersington Ave**
**Kansas City, MO 64128**

**Kathy Samborski**
**16700 East 29th Street South**
**Independence, MO 64055**

**Keith Burris**
**400 E 80th**
**Kansas City, MO 64131**

**Keith White**
**32 Lane P**
**De Soto, KS 66018**

**Kelvin Staley**
**3605 Bales Ave**
**Kansas City, MO 64128**

**Ken Brady**
**1404 W College**
**Independence, MO 64050**

**Kenneth King**
**4545 S Mill St**
**Independence, MO 64055**

**Kenneth Paul**
**720 S. Savage Street**
**Independence, MO 64050**

**Kevin Scott**
**7910 N Grandby Ave, Apt 17**
**Kansas City, MO 64151**

Copyright © Financial Software Solutions, LLC

**Kevon Harris**
**6715 Martha Truman Rd**
**Grandview, MO 64030**

**Kimberly Thibault**
**737 N Aztec Dr**
**Independence, MO 64056**

**Kleigh Stith**
**6296 Pennslvannia Ave**
**Kansas City, MO 64118**

**Kosmes Kosmes**
**8201 N Thomas Meyers Dr #A**
**Kansas City, MO 64117**

**Kristina Listenberger**
**1222 S. Ash**
**Independence, MO 64052**

**Kristina Winters**
**229 Park**
**Kansas City, MO 64124**

**Lakeasha Williams**
**7107 Myrtle**
**Kansas City, MO 64132**

**Lakendra Griswold**
**5901 Lexington Ave**
**Kansas City, MO 64123**

**Lamontika Baker**
**6403 N Wayne Ave**
**Kansas City, MO 64118**

Copyright © Financial Software Solutions, LLC

**Lance Kolb**
**5504 Maywood Ave**
**Kansas City, MO 64133**


**Lanetta Hall**
**11600 Palmer Ave**
**Kansas City, MO 64134**


**Larry Long**
**15405 E 3rd Terrace South**
**Independence, MO 64050**


**Larry Tong**
**1612 South Vermont**
**Independence, MO 64052**


**Laryssa Scott**
**2843 Mersington Ave**
**Independence, MO 64050**


**Lashunda Williams**
**7600 E 199th Terr**
**Grandview, MO 64030**


**Latisha Davis**
**6003 Blue Hills Rd #5**
**Kansas City, MO 64110**


**Latrease Bates**
**9500 Drury Ave, Apt 304**
**Kansas City, MO 64137**


**Laverna Banks**
**1524 Jones St**
**Grandview, MO 64030**

Copyright © Financial Software Solutions, LLC

**Layonda Morgan**
**8308 Grandview Lane**
**Overland Park, KS 66212**


**Leanna Morgan**
**1818 NE 49th St**
**Kansas City, MO 64118**


**Lee Douglas**
**7003 Jackson Ave**
**Kansas City, MO 64132**


**Leland Quint**
**1457 NE Burgandy Ln.**
**Lee's Summit, MO 64088**


**Leland Quint**
**39701 E JW Cummins Road**
**Oak Grove, MO 64075**


**Leonel Lopez**
**1513 W 23rd Terr, Bldg. G4, Apt. I**
**Independence, MO 64050**


**Leotrice Franklin**
**6201 E 152nd St #B**
**Grandview, MO 64030**


**Lindsey Samborski**
**16700 East 29th Street South**
**Independence, MO 64055**


**Lisa Aguilar**
**716 NW Street**
**Nevada, MO 64772**

Copyright © Financial Software Solutions, LLC

**Luis Torres**
**110 W 103rd St #14**
**Kansas City, MO 64114**

**Madge Keshun**
**7405 E 112th St**
**Kansas City, MO 64134**

**Marcus Foster**
**11360 Delmar Street**
**Kansas City, MO 64134**

**Marguarite Henderson**
**6025 E 40th Terr**
**Kansas City, MO 64129**

**Maria Gonzalez**
**13021 Dessau Rd Lot 442**
**Austin, TX 78754**

**Mark Adams**
**6012 Burcain Pl, Apt A**
**Gladstone, MO 64118**

**Mark Isley**
**8007 Forest Park Dr**
**Kansas City, MO 64152**

**Markeshia Fue**
**4215 Tracy Ave**
**Kansas City, MO 64110**

**Marlon Cole**
**8801 E 72nd St**
**Raytown, MO 64133**

Copyright © Financial Software Solutions, LLC

**Marlon Green**
**3335 S Oxford**
**Independence, MO 64052**


**Marlys Glover**
**1331 N Main Street**
**Independence, MO 64050**


**Marquelle Harris**
**2301 E 41st**
**Kansas City, MO 64128**


**Martes Allen**
**15405 E 48th Terr**
**Kansas City, MO 64156**


**Marvin Cogle**
**4425 Norwood Ave**
**Kansas City, MO 64133**


**Mary Goodloe**
**7010 N Park Ave, Apt A**
**Kansas City, MO 64118**


**Matthew Winbinger**
**6800 E 135th St**
**Grandview, MO 64030**


**Maurice Brown**
**522 NE Malibu Dr**
**Lees Summit, MO 64064**


**Maurice Edwards**
**14907 Grand Summit Blvd #106**
**Grandview, MO 64030**

Copyright © Financial Software Solutions, LLC

**Maurice Lurks**
**3934 Indiana Ave**
**Kansas City, MO 64132**

**Mauricio Rico**
**8001 Lee Hill #L**
**Austin, TX 78744**

**Melinda Foster**
**647 North Queen Ridge Ct**
**Independence, MO 64056**

**Melissa Lovett**
**616 Morse Ave**
**Liberty, MO 64068**

**Melissa Mustain**
**19506 Salisbury**
**Independence, MO 64056**

**Michael Craddock**
**110 N Chestnut, Apt B**
**Belton, MO 64012**

**Michael Crockett**
**3001 Spruce Ave**
**Kansas City, MO 64128**

**Michael Hall**
**800 E 100th Terrace, Apt 3**
**Kansas City, MO 64131**

**Michael Kovaleski**
**1011 W White Oak St**
**Independence, MO 64050**

Copyright © Financial Software Solutions, LLC

**Miesha Chrisman**
**6704 E 129th St**
**Grandview, MO 64030**


**Mike Price**
**7945 Agnes**
**Kansas City, MO 64132**


**Missouri Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 475**
**Jefferson City, MO 65105**


**Missouri Division of Finance**
**301 West High Street, Room 630**
**P.O. Box 716**
**Jefferson City, MO 65102-0716**


**Mitchell Floyd**
**1507 Thomas Ave**
**Grandview, MO 64030**


**Monet Roberts**
**13009 Bristol Ave**
**Grandview, MO 64030**


**Nasteff & Quinn, LLC**
**118 North Water Street**
**Liberty, MO 64068**


**Nathan Bunton**
**9104 W 69th St**
**Overland Park, KS 66204**

Copyright © Financial Software Solutions, LLC

**Nathan May**
**700 N Walnut Street**
**Olathe, KS 66061**

**Neico Silkwood**
**22099 102th Lane**
**Sweet Springs, MO 65351**

**Nicolas Higginbotham**
**9600 E 43rd St**
**Kansas City, MO 64133**

**Nyankiir Anyang**
**755 NW 60th Street, Apt 12**
**Kansas City, MO 64118**

**Nykeiscia Love**
**1201 NW 66th Ter**
**Kansas City, MO 64118**

**Panyin Jimmerson**
**9108 E. 90th Terr.**
**Kansas City, MO 64138**

**Paris Jordan**
**3706 Neona**
**Saint Louis, MO 63121**

**Patrice Davis**
**9311 Eastern Ave**
**Kansas City, MO 64138**

**Patrick Doughtery**
**11500 Eubank Drive**
**Austin, TX 78758**

Copyright © Financial Software Solutions, LLC

**Patrick O'Donovan**
**808 Cimarron Trail**
**Belton, MO 64012**


**Patrick Thomas**
**601 N Franson**
**Independence, MO 64050**


**Peggy Stevenson**
**3802 Bellefontaine Ave**
**Kansas City, MO 64128**


**Peninah Ruto**
**10333 Earnshaw**
**Lenexa, KS 66215**


**Phillip Kasper**
**400 West Marcia Ave**
**Independence, MO 64050**


**Posha King**
**3529 NE 72nd St #90**
**Kansas City, MO 64119**


**Quincy Hughes**
**1500 N. Interstate 35**
**Round Rock, TX 78664**


**Rachel Bartlett**
**8825 E 19th Street, Lot 142**
**Kansas City, MO 64126**


**Rane Newman**
**4418 Harrison St**
**Kansas City, MO 64110**

Copyright © Financial Software Solutions, LLC

**Raymond Foster**
**1306 NW 6th Terr**
**Blue Springs, MO 64015**

**Rebecca Dewitt**
**4031 Olive St**
**Kansas City, MO 64130**

**Rebecca Russell**
**1022 E TC LEA RD**
**Independence, MO 64050**

**Regina Baker**
**913 S Noland Road**
**Independence, MO 64050**

**Reginold McDonald**
**14419 Craig Ave**
**Grandview, MO 64030**

**Rhiannon Edwards**
**14907 Grand Summit Blvd #106**
**Grandview, MO 64030**

**Richard Bassett**
**1818 North Grove Dr**
**Independence, MO 64058**

**Richard Cade**
**8803 E 83rd Street**
**Raytown, MO 64138**

**Richard Harris**
**3405 Utah Rd**
**Wellsville, KS 66092**

Copyright © Financial Software Solutions, LLC

**Richard Nunn**
**1300 Bryson**
**Independence, MO 64052**


**Richard Sagaser**
**6117 N. Denver Ave**
**Kansas City, MO 64119**


**RKB Law, LLC**
**PO Box 7374**
**Kansas City, MO 64116**


**Robert Botts**
**11206 NW Lema Dr, Apt 1**
**Kansas City, MO 64152**


**Robert Chevez**
**612 N Downey Ct**
**Independence, MO 64056**


**Robert Downton**
**5105 Garfield**
**Kansas City, MO 64130**


**Robert McGautha**
**3609 Blue Ridge, Apt 2**
**Grandview, MO 64030**


**Roberta Townsend**
**14200 E. 49th St, Apt 102**
**Kansas City, MO 64136**


**Rodger Cole**
**1723 Hartford**
**Independence, MO 64058**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Roger Alexander**
**6707 Sangate Drive**
**Arlington, TX 76002**

**Ronnie Lane**
**10910 Bradshaw**
**Overland Park, KS 66210**

**Rosiland Holloway**
**8142 Troost**
**Kansas City, MO 64109**

**Roy Brown**
**3308 North Mccoy**
**Independence, MO 64050**

**Rudy Chavez**
**3416 N Bellefontaine Street**
**Kansas City, MO 64117**

**Russell Straight**
**13703 11th St**
**Grandview, MO 64030**

**Ryan Ashton**
**955 Leroy**
**Independence, MO 64050**

**Ryan Sprague**
**334 NW 1351**
**Holden, MO 64040**

**Sammyo T. Jackson**
**11926 Sycamore**
**Grandview, MO 64030**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Sandra Jones**
**1311 S 13 HWY LOT 19**
**Lexington, MO 64067**


**Savannah Nutt**
**512 NE Church Hill St**
**Lees Summit, MO 64086**


**Scott Wheeler**
**100 NE 67th Terr**
**Kansas City, MO 64118**


**Serafin A. Servin**
**491 Sheffied Rd**
**Seguin, TX 78155**


**Shana McFarland**
**300 W Marcia**
**Independence, MO 64050**


**Shane Hook**
**RR1 Box 33**
**Drexel, MO 64742**


**Shanika Goday**
**2508 W 43rd Ave**
**Kansas City, KS 66103**


**Shaniqua Jackson**
**3127 NW Gateway Dr**
**Blue Springs, MO 64015**


**Shannon Long**
**3611 Olive St**
**Kansas City, MO 64109**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Sharp Business Systems**
**PO Box 41602**
**Philadelphia, PA 19101-1602**


**Shatora Floy**
**10817 E 24th Street S**
**Independence, MO 64052**


**Shavonda Mayfield**
**1501 Citadel Dr, Apt 47**
**Kansas City, MO 64110**


**Shawn Pearson**
**2621 S Norwood**
**Independence, MO 64052**


**Shawnte Giles**
**721 North Cloverdale Ave**
**Independence, MO 64056**


**Sheila Kolb**
**5504 Maywood Ave**
**Kansas City, MO 64133**


**Slafka Contreras**
**808 SW Stablewood Cir**
**Lees Summit, MO 64081**


**Specified Credit Association 1, Inc.**
**2388 Schuetz Rd.**
**Suite A-100**
**Saint Louis, MO 63146**


**Stacatto Henderson**
**10211 Hillcrest Rd**
**Kansas City, MO 64134**

Copyright © Financial Software Solutions, LLC

**Stacey Moore**
**721 North Liberty**
**Independence, MO 64050**

**Stehpanie Hunt**
**11421 Colorado Ave, Apt 5**
**Kansas City, MO 64137**

**Stephen Tharp**
**2111 Crescent Dr**
**Liberty, MO 64068**

**Steve Warehime**
**10614 E 23rd Street South, Apt A**
**Independence, MO 64050**

**Steven Bathgate**
**1690 Larkspur Ln, Apt 3**
**Independence, MO 64055**

**Suprena Collins**
**3130 Brooklyn Ave**
**Kansas City, MO 64109**

**Susana Komes**
**8201 N Thomas Meyers Dr #A**
**Kansas City, MO 64117**

**Symphony Teague**
**4104 S. Crackerneck Rd**
**Independence, MO 64055**

**Takhia Marie Harris**
**930 Duncan Perry, Apt 2009**
**Grand Prairie, TX 75050**

Copyright © Financial Software Solutions, LLC

**Talisha Wright**
**824 State Avenue**
**Kansas City, KS 66101**


**Tamika Hickman**
**6637 Walrond**
**Kansas City, MO 64132**


**Tamiko Chamberlain**
**1921 E 17th Street**
**Kansas City, MO 64127**


**Tasheeka Daniels**
**7704 E 112th Terrance**
**Kansas City, MO 64134**


**Tauaipolu Key**
**3303 S. Oxford Ave.**
**Independence, MO 64052**


**Tavanake Melancon**
**1701 Francis St**
**Saint Joseph, MO 64501**


**Teresa Todd**
**1233 S Pleasant St**
**Independence, MO 64055**


**Teressa Hayes**
**804 S Saville Ave**
**Independence, MO 64050**


**Terrance Coffin**
**547 South Arlington**
**Independence, MO 64053**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Texas Comptroller of Public Accounts**
**Revenue Accounting Division - Bankruptcy Section**
**P.O. Box 13528 Capitol Station**
**Austin, TX 78711**

**Texas Office of Consumer Credit Commissioner (OCCC)**
**2601 N Lamar Blvd**
**Austin, TX 78705**

**Thomas Richbourg**
**102 North Institute St**
**Richmond, MO 64085**

**Tiera Block**
**2209 Booth Ave**
**Kansas City, MO 64125**

**Tierra Johnson**
**10007 Hillcrest Road**
**Kansas City, MO 64134**

**Tiffany Chambers**
**7006 N Olive**
**Kansas City, MO 64118**

**Tiffany Goodloe**
**914 Winthrop Dr**
**Lexington, MO 64067**

**Tiffany Price**
**3926 Indiana Ave**
**Kansas City, MO 64130**

**Tim Owen**
**2616 Castle Dr**
**Blue Springs, MO 64015**

Copyright © Financial Software Solutions, LLC

**Tim Plafcan**
**951 Owl Creek Pkwy**
**Odessa, MO 64076**

**Tomothy Rokov**
**6109 N Jefferson St, Apt 6**
**Kansas City, MO 64118**

**Tony Long**
**7200 Crisp Ave**
**Kansas City, MO 64133**

**Tony Manning**
**528 N Hocker**
**Independence, MO 64050**

**Tony Turner**
**10322 Hillcrest Rd**
**Kansas City, MO 64134**

**Tonya Wallace**
**9125 W 124th Street**
**Overland Park, KS 66213**

**Travis Wright**
**17858 K-16 Hwy**
**Independence, MO 64056**

**Trenease Burns**
**4220 E 43rd St**
**Kansas City, MO 64130**

**Troy Jimerson**
**9108 E 90th Terr**
**Kansas City, MO 64138**

Copyright © Financial Software Solutions, LLC

**Tyra McGee**
**4435 E 10th St**
**Kansas City, MO 64127**


**Vanessa Dillard**
**1306 E 59th**
**Kansas City, MO 64110**


**Vernon Meade**
**3646 Askew Ave**
**Kansas City, MO 64130**


**Victoria Harris**
**7408 Harrison**
**Kansas City, MO 64131**


**Victoria Price**
**5402 Swope Pkwy**
**Kansas City, MO 64130**


**Walter Wyatt**
**2604 N Liberty**
**Independence, MO 64050**


**Warnita Graves**
**5842 Hunter Ct**
**Raytown, MO 64133**


**Wedly Registe**
**205 NE 50th #321**
**Kansas City, MO 64118**


**Wendy Coleman**
**11209 E 53rd St**
**Kansas City, MO 64133**

Copyright © Financial Software Solutions, LLC

**William Baschke**
**45474104 Racoon Ridge Rd**
**Stover, MO 65078**

**William Foreman**
**801 S Grant St**
**Olathe, KS 66061**

**William Porter**
**828 N Arapahoe**
**Independence, MO 64056**

**William Russell**
**1022 E TC LEA RD**
**Independence, MO 64050**

**William Wood**
**17202 East Bunschu Rd**
**Independence, MO 64056**

**Winfred Carter**
**6816 Crab Apple 15**
**Kansas City, MO 64129**

**Yancy Smith**
**2717 E 77th St**
**Kansas City, MO 64132**

**Yoseline Romero**
**110 W 103rd St #14**
**Kansas City, MO 64114**

Copyright © Financial Software Solutions, LLC