**Notice of Undeliverable Mail to Debtor/Debtor's Attorney**

April 19, 2023

From: United States Bankruptcy Court, Western District of Texas

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Barton Creek Auto Credit, LLC, Case Number 23-10253, smr

Attorney: Todd Headden

**Modified Addresses:**

Ashley Williams
19404 E Colony Ln
Independence, MO 64058-1385

Brandon Hood
11711 Lawndale Ave
Kansas City, MO 64137-2709:

**Deleted Addresses:**

Undeliverable Address:
Beverlee Kitchen
8343 Paseo Blvd
Kansas City, MO 64131

Undeliverable Address:
Beverly Thibault
113 Elm Street
Buckner, MO 64016

Undeliverable Address:
Blythe Harper
16616 E 3rd Terr N
Independence, MO 64056

Undeliverable Address:
Chelsie Markley
1406 Cudmore Ave
Saint Joseph, MO 64503

Undeliverable Address:
Christina Miller
19118 37th Terr, Apt 5
Independence, MO 64057

Undeliverable Address:
Christopher Ashlock
1908 E 24th St
Kansas City, MO 64127

Undeliverable Address:
Christopher Hilton
707 Oakwood St
Harrisonville, MO 64701

Undeliverable Address:
Christopher Senger
9127 Westbrooke Dr
Shawnee Mission, KS 66214

Undeliverable Address:
David Barrolle
1710 5th Ave
Saint Joseph, MO 64505

Undeliverable Address:
Desiree Knott
10013 D 74th Terr
Raytown, MO 64138

Undeliverable Address:
Donna Smith
15 Daisy Ln
Belton, MO 64012

Undeliverable Address:
Erik Stewart
7943 Garfield Ave
Kansas City, MO 64132

Undeliverable Address:
James Boyd
4001 Oakley Ave
Kansas City, MO 64130

Undeliverable Address:
Janice Fox
16711 A E. 28th Place
Independence, MO 64055


Undeliverable Address:
Jasmine Collier
11205 Crystal Ave
Kansas City, MO 64134


Undeliverable Address:
John Bonacorso
6324 North Cleveland Ave
Kansas City, MO 64119


Undeliverable Address:
Jordan Beach
1875 Kingbird Ct
Liberty, MO 64068


Undeliverable Address:
Joshua Beach
1875 Kingbird Ct
Liberty, MO 64068


Undeliverable Address:
Juan Martinez
16031 W 143rd Terrace
Olathe, KS 66062


Undeliverable Address:
Lejuan Miller
19118 37th Terr, Apt 5
Independence, MO 64057


Undeliverable Address:
Marguarite Vaughn
4212 E 62nd St
Kansas City, MO 64130


Undeliverable Address:
Mattie Davis
1426 E 97th St, Apt A
Kansas City, MO 64131

Undeliverable Address:
Maura Murar
15404 Bellaire Ave
Grandview, MO 64030


Undeliverable Address:
Nathaniel Ressel
2203 E Cedar St
Olathe, KS 66062


Undeliverable Address:
Patrick Cox
114 S Saxony Dr
Olathe, KS 66061


Undeliverable Address:
Satin Walcott
9323 Bales Ave #301
Kansas City, MO 64127


Undeliverable Address:
Sayra Williams
1903 E 24th Ter
Kansas City, MO 64127


Undeliverable Address:
Selina Snook
1425 S 55th St., Apt 7
Kansas City, KS 66106


Undeliverable Address:
Stephen Hamilton
528 Jackson Ave
Joplin, MO 64801


Undeliverable Address:
Steven McElroy
21416 Pinoak Lane
Peculiar, MO 64078


Undeliverable Address:
Tashala Fulton
3639 SW 38th Ter
Topeka, KS 66610

Undeliverable Address:
Vickey Allen
8701 Buckingham Ln, Apt 9
Kansas City, MO 64138